DAREN J. HARRIS (#14978)
Summit Bankruptcy, PLLC
3115 E. Lion Lane, Suite 160
Salt Lake City, UT 84121
Telephone: (801) 405-7827
Facsimile: (801) 212-9888
Email: dharris@summitbankruptcy.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re | Bankruptcy No.:  19-29131 |
|---|---|
| DAVID CHARLES NICHOLLS | Chapter 7 |
| Debtor, | HONORABLE KEVIN R. ANDERSON |

## MOTION AND MEMORANDUM TO AVOID JUDGMENT LIENS IMPAIRING HOMESTEAD EXEMPTION

Debtor(s), by and through Counsel, Daren J. Harris, moves this court under 11 U.S.C.

§522(f); Utah Code Anno. §§70A-9a-203 and 70A-9a-303 for an order avoiding the judgment

liens that encumber Debtor's homestead exemption.

Incorporated by this reference and in further support of this motion is the Debtor's

memorandum of law. The judicial liens sought to be avoided are as follows:

| Case Name | Bk. Claim No. | Court Case # | Court | Amount of original judgment | Date Rendered |
|---|---|---|---|---|---|
| David Doyle dba Quarrystone Financial Services v. David C. Nicholls | Not filed | 196500636 | Third Judicial District Court in and for Summit County, State of Utah | $19,495.14 | June 21, 2019 |

| Hermosa Beach Police Department and the City of Hermosa Beach | Not filed | 126501480 | Third District Court, State of Utah, Summit County, Silver Summit Department | $3,921.00 | February 21, 2013 |
| A. Edward Ezor vs. David Nicholls | Not filed | 096400131 | Third District Court, State of Utah, Salt Lake County, West Jordan Department | $9,778.11 | January 4, 2011 |

## I.    FACTS

1.  Debtor commenced this case on by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2.  The property to which these Liens relate is Debtor's principal residence commonly known as 2064 Snow Creek Ln, Park City, UT 84060 and more particularly described as:

> UNIT 2064, SNOW CREEK COTTAGES, A UTAH CONDOMINIUM PROJECT, TOGETHER WITH ITS APPURTENANT UNDIVIDED OWNERSHIP INTEREST IN AND TO THE COMMON AREAS A FACILITIES, AS ESTABLISHED AND DESCRIBED IN THE CONDOMINIUM PLAT RECORDED APRIL 20, 2010 AS ENTRY NO. 896386; AND IN THE DECLARATION OF CONDOMINIUM FOR SNOW CREEK COTTAGES RECORDED APRIL 20, 2010 AS ENTRY NO. 896387 IN BOOK 2028 AT PAGE 1543, AND ADMENDMENT TO THE DECLARATION OF CONDIMINIUM RECORDED JUNE 29, 2010 AS ENTRY NO. 902019 IN BOOK 2038 AT PAGE 451, according to the official plat thereof recorded in the office of Summit County Recorder,

> Tax Serial No. SCCC-2064

### a.    A. Edward Ezor Lien

3.  On or about August 23, 2007, A. Edward Ezor obtained a Judgment against the Debtor in the Southeast District, Superior Court of the State of California in the original amount of $9,778.11 in Case #07CP0773 (Copy of Docket attached as Exhibit A and incorporated herein by reference).

4.   That judgement was domesticated in the Third District Court, State of Utah, Salt Lake

County, West Jordan Department on March 9, 2010 in Case No. 096400131 (Copy of Docket

attached as Exhibit B and incorporated herein by reference).

5.   The judgment was recorded in the office of the Summit County Recorder January 4, 2011

at Entry No. 00914327 in Book 2064 at Page 0762. Pursuant to UCA §78B-5-202 , "a judgment

entered by a district court or a justice court in the state becomes a lien upon real property if: (i)

the judgment or an abstract of the judgment containing the information identifying the judgment

debtor as described in Subsection 78B-5-201(4) is recorded in the office of the county recorder."

6.   A. Edward Ezor's interest in the judgement was assigned to David Doyle d/b/a

Quarrystone Financial Service on September 13, 2017.  See Exhibit A at p. 2.

7.   The Utah judgement in Case # 096400131 was set aside on October 10, 2017.  *See*

Exhibit B at p. 2.

8.   Despite the judgement being set aside, A. Edward Ezor re-recorded his judgement lien in

the office of the Summit County Recorder on July 15, 2019 at Entry No. 01113666 in Book 2516

at Page 0572.

9.   This constitutes a wrongful lien.

**b.  <u>David Doyle d/b/a Quarrystone Financial Services Lien</u>**

10. Despite A. Edward Ezor's Utah judgment being set aside, David Doyle d/b/a Quarrystone

Financial Service was able to re-initiate the foreign judgment on June 21, 2019 in Case

#196500636.  This time, the judgment is for $19,495.14.  (Copy of Docket attached as Exhibit C

and incorporated herein by reference).

11. David Doyle recorded his judgment lien in the office of the Summit County Recorder on

August 13, 2019 at Entry No. 01115942 in Book 2523 at Page 0257.

12. This lien is also wrongful in that the lien had already been recorded by A. Edward Ezor.

### c.   Hermosa Beach Police Department and City of Hermosa beach Lien

13. On or about November 21, 2008, the Hermosa Beach Police Department and the City of Hermosa Beach was awarded costs in defending itself in a case filed by Debtor in the Superior Court of the State of California for the County of Los Angeles in Case number YC054109 in the amount of $2,057.00. (Copy of Docket attached as Exhibit D and incorporated herein by reference).

14. That judgement was domesticated in the Third District Court, State of Utah, Summit County, Silver Summit Department on December 20, 2012 in Case No. 126501480 (Copy of Docket attached as Exhibit E and incorporated herein by reference).

15. The City of Hermosa Beach recorded its judgment lien in the office of the Summit County Recorder on February 21, 2012 at Entry No. 00964041 in Book 2172 at Page 0160.

16. This lien appears to legitimate


## II.   LAW

17. 11 U.S.C. §522(f) provides that Debtors may avoid judicial liens that encumber the property to the extent that the lien impairs an exemption to which the Debtor would otherwise be entitled.

18. 11 U.S.C. §522(f)(2)(A) further provides the formula to determine the calculation of whether a judicial lien impairs an exemption:

For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of—
(i)  the lien;
(ii) all other liens on the property; and
(iii)the amount of the exemption that the debtor could claim if there were no liens on the property;

exceeds the value that the debtor's interest in the property would have in the absence of any liens.

19. This court has jurisdiction over this matter filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judgment lien held by David Doyle / A. Edward Ezor and Hermosa Beach Police Department and the City of Hermosa Beach on the Debtor's residence, under 28 U.S.C. § 1334.

## III. **ANALYSIS**

20. The Debtor has a first mortgage through the United States Department of Agriculture Rural Development Centralized Servicing Center in the amount of $194,536.48. (Copy of Payoff Statement attached as Exhibit F and incorporated herein by reference).

21. The Debtor also has a subsidy through the United States Department of Agriculture Rural Development Centralized Servicing Center in the amount of $54,255.82. See Exhibit F at p. 2. This constitutes a secured lien on the property.

22. The Debtor also has a Home Equity Line of Credit through Zions Bank in the amount of $16,251.44. (Copy of November Statement attached as Exhibit G and incorporated herein by reference).

23. The total of these three liens on the Debtor's property is $265,043.74.

24. Debtor has claimed an exemption in the amount of $42,000.00 in said residence under Utah Code Anno. §78B-5-503(2) which is not now subject to challenge under Bankr. 4003(b); *Taylor v. Freeland & Kronz*, 503 U.S. 638 (1992).

25. The Debtor's interest in the property referred to in the preceding paragraphs is presently valued by the Summit County Assessor at $228,500 as of the 2019 property tax assessment. This amount is less than the amount owing on the first mortgage, subsidy, HELOC, and the exemption

to which the Debtor is entitled.  (Copy of 2019 Property Tax Assessment is attached as Exhibit H and incorporated herein by reference).

26. The claims held by A. Edward Ezor, David Doyle d/b/a Quarrystone Financial Service, and Hermosa Beach Police Department / City of Hermosa Beach are wholly unsecured except through the judgment liens.

27. As there is currently no value in the property above the exemption, the exemption is encumbered by creditor's judgment liens pursuant to the calculation set forth in *Zeigler v. Cozad*, Bankr. No. 95-24638 and 11 U.S.C. §522(f)(2)(A) attached hereto as Exhibit I.

28. The existence of the aforementioned judgment liens on Debtor's property impairs the Debtor's exemption to which the Debtor would otherwise be entitled under 11 U.S.C. § 522(b) and UCA §78B-5-503(2).

29. There is no other provision of the Bankruptcy Code that otherwise allows wholly unsecured liens such as the ones in question to be retained or otherwise reinstated due to their impairment of the homestead exemption.


WHEREFORE, the Debtor prays for an order avoiding and canceling said judicial liens in the above-mentioned property, and for such additional or alternative relief as may be just and proper.


Dated this January 15, 2020.


/s/   Daren J. Harris
Attorney for the Debtor


6

## **CERTIFICATE OF MAILING**

The undersigned hereby certifies that on January 17, 2020, the foregoing **Motion and Memorandum to Avoid Judgment Liens Impairing Homestead Exemption** was served on the following via electronic filing notice and via United States Mail and/or through ECF Notice:

Stephen W. Rupp Trustee
**Via ECF**

U.S. Trustee
**Via ECF**

David Doyle dba Quarrystone Financial Services
c/o Mark Swan
Strong & Hanni, PC
9350 South 150 East, Suite 820
Sandy, UT 84070

City of Hermosa Beach
c/o S. Frank Harrell
Lynberg & Watkins
1100 Town & Country Rd., Suite 1450
Orange, CA 92868

                         SUMMIT BANKRUPTCY, P.L.L.C.

                         /s/ Daren J. Harris_____
                         Daren J. Harris

**Exhibit A**
Docket Sheet – A. Edward Ezor v. David
Nicholls (LASC - Case No. 07CP0773)

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**Case Number:** 07CP0773
EZOR, A. EDWARD VS NICHOLLS, DAVID C.

**Filing Courthouse:** Stanley Mosk Courthouse

Original Case Number: 07C00773
Original Court: Pasadena Courthouse

**Filing Date:** 04/02/2007
**Case Type:** Other Breach of Contract/Warranty (not fraud or negligence) (Limited Jurisdiction)
**Status:** Court Finding - After Court Trial

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

None

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

## Parties
Plaintiff: EZOR A. EDWARD

Defendant: NICHOLLS DAVID C.

Attorney for Plaintiff: EZOR A. EDWARD

Attorney for Defendant: TILLIPMAN JAMES M ESQ

Assignee: DOYLE DAVID

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**05/31/2019** Updated -- Other - Clerk's Declaration Re: Search and Order to Deem Copy as Original: As To Parties: removed

**05/30/2019** Abstract of Judgment - Civil and Small Claims; Issued by: Clerk

**05/24/2019** Updated -- Other - Clerk's Declaration Re: Search and Order to Deem Copy as Original: As To Parties: removed

**05/24/2019** Updated -- Other - Clerk's Declaration Re: Search and Order to Deem Copy as Original: As To Parties: removed

**05/22/2019** Notice of Rejection - Post Judgment; Filed by: Clerk

**05/20/2019** Other - Clerk's Declaration Re: Search and Order to Deem Copy as Original; Filed by: Clerk

**05/15/2019** Updated -- Writ of Execution (Los Angeles): As To Parties: removed

**04/05/2019** Notice of Rejection - Post Judgment; Filed by: Clerk

**03/29/2019** Writ of Execution (SAN FRANCISCO); Issued by: Clerk; County: SAN FRANCISCO

**03/28/2019** Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest; Filed by: Clerk; As to: DAVID C. NICHOLLS (Defendant); Costs: 0.00; Interest: 2,088.37; Credits: 0.00

**03/22/2019** Notice of Rejection - Post Judgment; Filed by: Clerk

**03/11/2019** Writ of Execution (Los Angeles); Filed by: County: Los Angeles

**03/11/2019** Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest; Issued by: Clerk

**02/25/2019** Notice of Rejection - Post Judgment; Filed by: Clerk

**08/20/2018** Notice of Rejection - Post Judgment; Filed by: Clerk

**02/22/2018** Notice of Renewal of Judgment; Issued and Filed by: Clerk

**09/13/2017** Assignment of Judgment; Filed by: DAVID DOYLE (Assignee); A. EDWARD EZOR (Plaintiff); As to: DAVID C. NICHOLLS (Defendant)

**09/13/2017** Acknowledgement of Assignment of Judgment; Filed by: A. EDWARD EZOR (Plaintiff); As to: DAVID C. NICHOLLS (Defendant)

**07/21/2017** APPLICATION FOR RENEWAL OF JUDGMENT RECEIVED AS TO A EDWARD EZOR .

**07/21/2017** Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest; Filed by: A. EDWARD EZOR (Plaintiff); As to: DAVID C. NICHOLLS (Defendant); Interest: 9,687.03

**07/21/2017** Application for and Renewal of Judgment; Filed by: A. EDWARD EZOR (Plaintiff); As to: DAVID C. NICHOLLS (Defendant)

**07/21/2017** Court orders judgment renewed for Plaintiff (EZOR, A. EDWARD) against Defendant (NICHOLLS, DAVID C.) on the Complaint filed by A. EDWARD EZOR on 04/02/2007 for the judgment amount of $9,778.11, post judgment interest $9,687.03, and fee for filing renewal of $30.00 for a total of $19,495.14.

**06/21/2017** REJECT SHEET SENT TO PLAINTIFF FOR REJECTION OF NEED THE MEMORANDUM OF COSTS FORM FOR THE INTEREST THAT YOU ARE ASKING FOR SUBMITTED ON 04/25/17

**06/06/2017** CASE FILE FORWARDED TO STANLEY MOSK COURT RE: RENEWAL OF JUDGMENT

**04/25/2017** APPLICATION FOR AND RENEWAL OF JUDGMENT RECEIVED AS TO A EDWARD PARKER .

**12/30/2013** WRIT OF EXECUTION RETURNED FROM LOS ANGELES COUNTY WHOLLY UNSATISFIED. COSTS $105.00 .

**03/23/2013** * CASE RENUMBERED FROM PAS07C00773 TO LAM07CP0773

**01/25/2012** DECLARATION RE: ACCRUED INTEREST FILED, $ 4211.28 .

**01/25/2012** WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY ON BEHALF OF (EZOR, A. EDWARD) , RECEIPT NO. PAS517153006 . MAIL

**12/20/2011** ASSOCIATION OF ATTORNEY FILED BY PLAINTIFF (EZOR, A. EDWARD) BAR NUMBER AND ATTORNEY NAME: 169180-17 GARY A. WEIS

**10/26/2010** ABSTRACT OF JUDGMENT ISSUED. MAILED . RECEIPT # PAS463601010 .

**08/31/2010** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR EXAM. OF JUDGMENT DEBTOR. NO APPEARANCE BY OR FOR EITHER PARTY. COURT ORDERS MATTER PLACED OFF CALENDAR.

**08/31/2010** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR EXAM. OF JUDGMENT DEBTOR. NO APPEARANCE BY OR FOR EITHER PARTY. COURT ORDERS MATTER PLACED OFF CALENDAR.

**08/12/2010** APPLICATION UNDER SEC. 708.110 CCP FOR ISSUANCE OF ORDER OF EXAMINATION FOR

JUDGMENT DEBTOR (NICHOLLS, DAVID C.) ISSUED. HEARING SET FOR 08/31/10 AT 08:30A M, IN DIV. NES . RECEIPT # 003

**05/21/2010** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR EXAM. OF JUDGMENT DEBTOR. NO APPEARANCE BY OR FOR EITHER PARTY. COURT ORDERS MATTER PLACED OFF CALENDAR.

**05/21/2010** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR EXAM. OF JUDGMENT DEBTOR. NO APPEARANCE BY OR FOR EITHER PARTY. COURT ORDERS MATTER PLACED OFF CALENDAR.

**04/23/2010** APPLICATION UNDER SEC. 708.110 CCP FOR ISSUANCE OF ORDER OF EXAMINATION FOR JUDGMENT DEBTOR (NICHOLLS, DAVID C.) ISSUED. HEARING SET FOR 05/21/10 AT 08:30A M, IN DIV. NES . RECEIPT # 3048

**02/10/2010** WRIT OF EXECUTION RETURNED FROM SAN BERNARDINO COUNTY WHOLLY UNSATISFIED. COSTS $ 30.00 .

**08/26/2009** REMITTITUR AND RECORD ON APPEAL FILED. JUDGMENT AFFIRMED.

**08/12/2009** EX PARTE APPLICATION RE: MOTION TO TAKE JUDGMENT DEBTOR EXAMINATION OFF CALENDAR AND QUASH ORDER FILED. FILE SENT TO DEPT. NES . RECEIPT # PAS542558001

**08/12/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX PARTE APPLICATION TO TAKE JUDGMENT DEBTOR EXAMINATION OFF CALENDAR; . THE COURT RULES AS FOLLOWS: APPLICATION IS GRANTED. DEFENSE COUNSEL IS ORDERED TO PROVIDE PLAINTIFF WITH PERSONAL ADDRESS AND PHONE NUMBER OF DEFENDANT. P.O. BOX WILL NOT SUFFICE. ORDER IS SIGNED AND FILED THIS DATE.

**08/12/2009** ORDER RE: EX PARTE APPLICATION SIGNED BY JOSEPH F. DE VANON AND FILED.

**08/12/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX PARTE APPLICATION TO TAKE JUDGMENT DEBTOR EXAMINATION OFF CALENDAR; . THE COURT RULES AS FOLLOWS: APPLICATION IS GRANTED. DEFENSE COUNSEL IS ORDERED TO PROVIDE PLAINTIFF WITH PERSONAL ADDRESS AND PHONE NUMBER OF DEFENDANT. P.O. BOX WILL NOT SUFFICE. ORDER IS SIGNED AND FILED THIS DATE.

**07/30/2009** WRIT OF EXECUTION ISSUED TO SAN BERNARDINO COUNTY ON BEHALF OF (EZOR, A. EDWARD) {OVER THE COUNTER} , RECEIPT NO. PAS542558012 .

**07/22/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 08/12/09 AT 08:30A M, IN DEPT. NES . DEFENDANT DAVID NICHOLLS (THROUGH DEFENSE COUNSEL) IS ORDERED TO APPEAR ON ABOVE DATE FOR A JUDGMENT DEBTOR EXAMINATION. NOTICE WAIVED.

**07/22/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 08/12/09 AT 08:30A M, IN DEPT. NES . DEFENDANT DAVID NICHOLLS (THROUGH DEFENSE COUNSEL) IS ORDERED TO APPEAR ON ABOVE DATE FOR A JUDGMENT DEBTOR EXAMINATION. NOTICE WAIVED.

**07/17/2009** DECLARATION RE: ACCRUED INTEREST FILED, $ 1861.86 .

**07/17/2009** WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY ON BEHALF OF (EZOR, A. EDWARD) {OVER THE COUNTER} , RECEIPT NO. PAS542558008 .

**07/01/2009** REJECT SHEET SENT TO (EZOR, A. EDWARD) FOR REJECTION OF WRIT OF EXECUTION. JUDGMENT WAS SET ASIDE BY COURT ON 10/9/07. SUBMITTED ON 06/30/09

**06/30/2009** WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY RETURNED FILED; NO SERVICE.

**05/01/2009** NOTICE OF CONTINUANCE FILED.

**04/30/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON

PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 07/22/09 AT 08:30A M, IN DEPT. NES . PLAINTIFF TO GIVE NOTICE.

**04/30/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 07/22/09 AT 08:30A M, IN DEPT. NES . PLAINTIFF TO GIVE NOTICE.

**02/10/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 04/30/09 AT 08:30A M, IN DEPT. NES . NOTICE WAIVED.

**02/10/2009** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 04/30/09 AT 08:30A M, IN DEPT. NES . NOTICE WAIVED.

**11/14/2008** NOTICE OF UNAVAILABILITY OF COUNSEL FILED.

**10/20/2008** NOTICE OF ORDER ON EXPARTE MOTION TO TAKE HEARINGS OFF CALENDAR AND CONTINUE STATUS CONFERENCE FILED.

**10/16/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX PARTE APPLICATION FOR ORDER TO TAKE HEARINGS OFF CALENDAR AND TO CONTINUE STATUS CONFERENCE . APPLICATION GRANTED. STATUS CONFERENCE AND OSC-RE SANCTIONS ARE CONTINUED TO 2/10/09 AT 8:30 AM IN NES. BODY ATTACHMENT ISSUED AND HELD AS TO JUDGMENT DEBTOR, DAVID NICHOLS, IS RECALLED AND QUASHED. DEFENDANT TO GIVE NOTICE.

**10/16/2008** APPLICATION FOR EX PARTE ORDER RE: TO TAKE HEARINGS OFF CALENDAR AND TO CONTINUE STATUS CONFERENCE , P & A, AND DECLARATION RE: TWENTY-FOUR HOUR NOTICE FILED. SET FOR 10/16/08 AT 08:30A M, IN DEPT. NES . RECEIPT # FEE WAIVER

**10/16/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX PARTE APPLICATION FOR ORDER TO TAKE HEARINGS OFF CALENDAR AND TO CONTINUE STATUS CONFERENCE . APPLICATION GRANTED. STATUS CONFERENCE AND OSC-RE SANCTIONS ARE CONTINUED TO 2/10/09 AT 8:30 AM IN NES. BODY ATTACHMENT ISSUED AND HELD AS TO JUDGMENT DEBTOR, DAVID NICHOLS, IS RECALLED AND QUASHED. DEFENDANT TO GIVE NOTICE.

**10/16/2008** MATTER SET FOR STATUS CONFERENCE ON 02/10/09 AT 08:30A M, IN DEPT. NES .

**09/23/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 10/23/08 AT 08:30A M, IN DEPT. NES . THE COURT SETS AN OSC RE SANCTIONS FOR DEFENDANT/JUDGMENT DEBTOR'S FAILURE TO APPEAR THIS DATE. JUDGMENT DEBTOR EXAM IS CONTINUED TO THE ABOVE DATE AND TIME. BENCH WARRANT IS ISSUED AND HELD AS TO JUDGMENT DEBTOR

**09/23/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 10/23/08 AT 08:30A M, IN DEPT. NES . THE COURT SETS AN OSC RE SANCTIONS FOR DEFENDANT/JUDGMENT DEBTOR'S FAILURE TO APPEAR THIS DATE. JUDGMENT DEBTOR EXAM IS CONTINUED TO THE ABOVE DATE AND TIME. BENCH WARRANT IS ISSUED AND HELD AS TO JUDGMENT DEBTOR

**07/25/2008** RECEIPT FOR RECORD OF TRANSFER FILED. NEW CASE NUMBER 027622 .

**07/16/2008** CLERK'S CERTIFICATE RE: TRANSCRIPT(S) ON APPEAL FILED. CUSTOMIZED FORM TITLED: CLERK'S CERTIFICATION RE: TRANSCRIPT(S) ON APPEAL

**07/15/2008** NOTICE OF TRANSMITTAL OF RECORD ON APPEAL TO SUPERIOR COURT APPELLATE DEPARTMENT FILED AND MAILED TO RESPECTIVE PARTIES/ COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**06/20/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 09/23/08 AT 08:30A M, IN DEPT. NES .

MATTER CONTINUED AT THE TELEPHONIC REQUEST OF PLAINTIFF. PLAINTIFF TO GIVE NOTICE.

**06/20/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 09/23/08 AT 08:30A M, IN DEPT. NES . MATTER CONTINUED AT THE TELEPHONIC REQUEST OF PLAINTIFF. PLAINTIFF TO GIVE NOTICE.

**06/17/2008** EX PARTE APPLICATION RE: TO TAKE JUDGEMENT DEBTOR HEARING OFF CALENDAR FILED. FILE SENT TO DEPT. NES . RECEIPT # PAS533572007

**06/17/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX PARTE APPLICATION FOR AN ORDER TO TAKE JUDGMENT DEBTOR HEARING OFF CALENDAR AND TO CONTINUE STATUS CONFERENCE . APPLICATION DENIED. APPLICATION DENIED AS MOOT. MOVING PARTY TO GIVE NOTICE.

**06/17/2008** NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND ORAP FILED.

**06/17/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX PARTE APPLICATION FOR AN ORDER TO TAKE JUDGMENT DEBTOR HEARING OFF CALENDAR AND TO CONTINUE STATUS CONFERENCE . APPLICATION DENIED. APPLICATION DENIED AS MOOT. MOVING PARTY TO GIVE NOTICE.

**06/06/2008** NOTICE OF COMPLETION OF TRANSCRIPT(S) ON APPEAL FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CUSTOM FORM TITLED: NOTICE OF COMPLETION OF TRANSCRIPT(S) ON APPEAL

**05/27/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. PLAINTIFF APPEARING EDWARD EZOR . DEFENDANT APPEARING ALEX MOTEMEDI . THE COURT RULES AS FOLLOWS: THE MATTER IS CONTINUED TO JUNE 20, 2008 AT 8:30 AM IN NES. THE COURT ORDERS THE JUDGMENT DEBTOR TO APPEAR FOR A DEBTOR'S EXAMINATION ON THE ABOVE DATE AND TIME. NOTICE WAIVED.

**05/27/2008** MATTER SET FOR STATUS CONFERENCE ON 06/20/08 AT 08:30A M, IN DEPT. NES .

**05/27/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. PLAINTIFF APPEARING EDWARD EZOR . DEFENDANT APPEARING ALEX MOTEMEDI . THE COURT RULES AS FOLLOWS: THE MATTER IS CONTINUED TO JUNE 20, 2008 AT 8:30 AM IN NES. THE COURT ORDERS THE JUDGMENT DEBTOR TO APPEAR FOR A DEBTOR'S EXAMINATION ON THE ABOVE DATE AND TIME. NOTICE WAIVED.

**03/11/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DEVANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 05/27/08 AT 08:30A M, IN DIV. NES . NOTICE WAIVED.

**03/11/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DEVANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 05/27/08 AT 08:30A M, IN DIV. NES . NOTICE WAIVED.

**01/29/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 03/11/08 AT 08:30A M, IN DIV. NES . REQUEST FOR CLARIFICATION OF COURT ORDER OF 10/9/07 IS HELD. THE COURT TAKES THE MATTER UNDER SUBMISSION.

**01/29/2008** MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

**01/29/2008** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR STATUS CONFERENCE. MATTER CONTINUED TO 03/11/08 AT 08:30A M, IN DIV. NES . REQUEST FOR CLARIFICATION OF COURT ORDER OF 10/9/07 IS HELD. THE COURT TAKES THE MATTER UNDER SUBMISSION.

**01/22/2008** MATTER SET FOR STATUS CONFERENCE ON 01/29/08 AT 08:30A M, IN DIV. NES . NOTICE IS WAIVED.

**11/21/2007** ORDER RE: MOTION TO SET ASIDE DEFAULT SIGNED BY JOSEPH F. DE VANON AND FILED.

**11/09/2007** NOTICE OF FILING OF APPEAL FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**11/08/2007** NOTICE OF APPEAL FILED BY (NICHOLLS, DAVID C.) . RECEIPT # GC68511.3 .

**11/08/2007** DESIGNATION OF RECORD ON APPEAL FILED. CLERK'S RECORD .

**11/08/2007** DESIGNATION OF RECORD ON APPEAL FILED. REPORTER'S TRANSCRIPT .

**10/19/2007** DEMAND FOR JURY TRIAL FILED BY (NICHOLLS, DAVID C.) .

**10/12/2007** DEMAND FOR JURY TRIAL FILED BY (NICHOLLS, DAVID C.) .

**10/09/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT . MOTION IS GRANTED. DEFAULT AND DEFAULT JUDGMENT ARE SET ASIDE. ANSWER IS DEEMED SERVED AN FILED THIS DATE. DEFENDANT IS TO PAY PLAINTIFF ATTORNEY FEES IN THE AMOUNT OF $498 WITHIN 30 DAYS. A COURT TRIAL IS SET FOR 1/22/08 AT 8:30 AM IN NES.

**10/09/2007** MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

**10/09/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT . MOTION IS GRANTED. DEFAULT AND DEFAULT JUDGMENT ARE SET ASIDE. ANSWER IS DEEMED SERVED AN FILED THIS DATE. DEFENDANT IS TO PAY PLAINTIFF ATTORNEY FEES IN THE AMOUNT OF $498 WITHIN 30 DAYS. A COURT TRIAL IS SET FOR 1/22/08 AT 8:30 AM IN NES.

**10/04/2007** REPLY TO OPPOSITION TO MOTION TO SET ASIDE DEFAULT JUDGMENT FILED BY (NICHOLLS, DAVID C.) .

**09/21/2007** OPPOSITION TO MOTION TO VACATE AND SET ASIDE DEFAULT AND DEFAULT JUDGMENT; POINTS AND AUTHORITIES FILED BY (EZOR, A. EDWARD) .

**09/14/2007** WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY ON BEHALF OF (EZOR, A. EDWARD) MAILED , RECEIPT NO. 057 .

**09/11/2007** NOTICE RE: ERRATA ON DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT FILED.

**09/07/2007** NOTICE OF MOTION TO SET ASIDE DEFAULT JUDGMENT , DECLARATION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED. RECEIPT # 000 . MATTER SET FOR HEARING ON 10/09/07 AT 08:30A M, IN DIV. NES .

**09/07/2007** NOTICE SUBSTITUTION OF ATTORNEY FILED FOR DAVID NICHOLLS FILED.

**08/23/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: MOTION TO VACATE DEFAULT JUDGMENT . MOTION IS DENIED. COURT FINDS NO DEFAULT JUDGMENT HAS BEEN ENTERED; TODAY IS THE PROVE-UP DATE. .. PARTIES NOTIFIED IN OPEN COURT THIS DATE, ON RECORD. .. PLAINTIFF TO GIVE FORMAL NOTICE OF RULING.

**08/23/2007** PLAINTIFF TO GIVE FORMAL NOTICE.

**08/23/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR COURT TRIAL. PLAINTIFF(S) APPEARING DENNIS GREENE, ESQ . DEFENDANT(S) APPEARING IN PERSON (DEFAULTED) .

**08/23/2007** PREVAILING PARTY TO PREPARE JUDGMENT .

**08/23/2007** JUDGMENT SIGNED AND FILED FOR TOTAL OF $9778.11 .

**08/23/2007** JUDGMENT ENTERED AS A FINAL DISPOSITION ON 08/23/07 . FOR (EZOR, A. EDWARD) . AGAINST (NICHOLLS, DAVID C.) . PRINCIPAL $ 6804.24 . ATTORNEY FEES $ 498.24 . INTEREST $ 2181.08 . COSTS $ 294.55 . TOTAL $ 9,778.11 .

**08/23/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: MOTION TO VACATE DEFAULT JUDGMENT . MOTION IS DENIED. COURT FINDS NO DEFAULT

JUDGMENT HAS BEEN ENTERED; TODAY IS THE PROVE-UP DATE. .. PARTIES NOTIFIED IN OPEN COURT THIS DATE, ON RECORD. .. PLAINTIFF TO GIVE FORMAL NOTICE OF RULING.

**08/23/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR COURT TRIAL. PLAINTIFF(S) APPEARING DENNIS GREENE, ESQ . DEFENDANT(S) APPEARING IN PERSON (DEFAULTED) .

**08/23/2007** Updated -- Judgment entered on 08/23/2007

**08/21/2007** REPLY TO OPPOSITION TO MOTION TO VACATE DEFAULT FILED BY (NICHOLLS, DAVID C.) .

**08/10/2007** MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF OPPOSITION TO MOTION VACATE DEFAULT JUDGMENT FILED BY (EZOR, A. EDWARD) .

**08/02/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING ON OSC WHY SANCTIONS OR A DISMISSAL OF THE ENTIRE ACTION SHOULD NOT BE IMPOSED. MATTER CONTINUED TO 08/23/07 AT 08:30A M, IN DIV. NES . NOTICE WAIVED.

**08/02/2007** NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT , DECLARATION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED. RECEIPT # 000 . MATTER SET FOR HEARING ON 08/23/07 AT 08:30A M, IN DIV. NES .

**08/02/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING ON OSC WHY SANCTIONS OR A DISMISSAL OF THE ENTIRE ACTION SHOULD NOT BE IMPOSED. MATTER CONTINUED TO 08/23/07 AT 08:30A M, IN DIV. NES . NOTICE WAIVED.

**07/23/2007** NOTICE RE: DEFAULT PROVE-UP FOR DEFAULT JUDGMENT AGAINST DEFENDANT FILED.

**07/19/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: MOTION TO VACATE DEFAULT JUDGMENT AND REQUEST SANCTION AT THE REQUEST OF MOVING PARTY, THE MOTION IS WITHDRAWN.

**07/19/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: MOTION TO VACATE DEFAULT JUDGMENT AND REQUEST SANCTION AT THE REQUEST OF MOVING PARTY, THE MOTION IS WITHDRAWN.

**06/28/2007** EX PARTE APPLICATION RE: TO VACATE AND SET ASIDE DEFAULT JUDGEMENT FILED. FILE SENT TO DIV. NES . RECEIPT # GC68511.3

**06/28/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX-PARTE APPL OF DEFT (DAVID NICHOLLS) TO VACATE DEFAULT AND DEFAULT JUDGMENT . THE COURT RULES AS FOLLOWS: MATTER IS CALLED OFF THE RECORD, CONSIDERED PRELIMINARILY AND WITHDRAWN BY APPLICANT. ..

**06/28/2007** MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DIV. NES , HON. JOSEPH F. DE VANON PRESIDING FOR HEARING RE: EX-PARTE APPL OF DEFT (DAVID NICHOLLS) TO VACATE DEFAULT AND DEFAULT JUDGMENT . THE COURT RULES AS FOLLOWS: MATTER IS CALLED OFF THE RECORD, CONSIDERED PRELIMINARILY AND WITHDRAWN BY APPLICANT. ..

**06/26/2007** APPLICATION(S) FOR WAIVER OF COURT FEES AND COSTS FILED BY (NICHOLLS, DAVID C.) IS GRANTED. APPLICANT(S) MAY PROCEED IN THIS ACTION WITHOUT PAYMENT OF ANY COURT FEES OR COSTS LISTED IN RULE 985(I), CALIFORNIA RULES OF COURT.

**06/26/2007** ANSWER FILED OF (NICHOLLS, DAVID C.) IN PRO PER ON DEMAND. RECEIPT # GC68511.3 .

**06/21/2007** APPLICATION(S) FOR WAIVER OF COURT FEES AND COSTS FILED BY (NICHOLLS, DAVID C.) IS DENIED. APPLICANT(S) MUST PAY ANY FEES AND COSTS DUE IN THIS ACTION WITHIN TEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER.

**06/14/2007** APPLICATION FOR WAIVER OF COURT FEES AND COSTS FILED BY (NICHOLLS, DAVID C.) .

**06/14/2007** PROPOSED ON DEMAND ANSWER RECEIVED AND FILED BY (NICHOLLS, DAVID C.) .

**06/14/2007** CASE FILE FORWARDED TO DIVISION NEA FOR CONSIDERATION RE: FEE WAIVER .

**06/12/2007** PROOF OF SERVICE OF SUMMONS AND COMPLAINT; NOTICE OF CASE MANAGEMENT
CONFERENCE FILED. SERVED AS TO (NICHOLLS, DAVID C.) . COSTS OF $ 85.00

**06/12/2007** REQUEST FILED AND DEFAULT ENTERED OF (NICHOLLS, DAVID C.) . DECLARATION UNDER 585.5
CCP, DECLARATION PURSUANT TO 587 CCP, MEMO OF COSTS, AND DECLARATION OF NON-MILITARY STATUS
FILED.

**05/02/2007** SUMMONS FILED .

**05/02/2007** CASE MANAGEMENT CONFERENCE SET FOR 09/27/07 AT 08:30A M, IN DIV/DEPT. NES . CLERK`S
CERTIFICATE OF SERVICE MAILED/GIVEN TO RESPECTIVE PARTIES/COUNSEL ON 04/02/07

**04/02/2007** COMPLAINT FILED. RN 014. Filing Fee: 180.00

**04/02/2007** SUMMONS ISSUED.

# Exhibit B

A. Edward Ezor v. David Nicholls (3rd Dist. – West Jordan - Case No. 096400131)

```
                    3RD DIST. COURT - WEST JORDAN
                   SALT LAKE COUNTY, STATE OF UTAH


                    A EDWARD EZOR vs. DAVID C NICHOLLS
CASE NUMBER 096400131 Foreign Judgment
```

CURRENT ASSIGNED JUDGE
        L DOUGLAS HOGAN


PARTIES
        Plaintiff - A EDWARD EZOR
        Represented by: RICHARD FRANDSEN


        Defendant - DAVID C NICHOLLS


ACCOUNT SUMMARY
                Total Revenue Amount Due:        42.00
                            Amount Paid:         42.00
                          Amount Credit:          0.00
                                Balance:          0.00
            REVENUE DETAIL - TYPE: FOREIGN DEPOSITION
                    Original Amount Due:         35.00
                    Amended Amount Due:          35.00
                            Amount Paid:         35.00
                          Amount Credit:          0.00
                                Balance:          0.00

            REVENUE DETAIL - TYPE: CERTIFIED COPIES
                    Original Amount Due:          3.00
                    Amended Amount Due:           3.00
                            Amount Paid:          3.00
                          Amount Credit:          0.00
                                Balance:          0.00

            REVENUE DETAIL - TYPE: CERTIFICATION
                    Original Amount Due:          4.00
                    Amended Amount Due:           4.00
                            Amount Paid:          4.00
                          Amount Credit:          0.00
                                Balance:          0.00


CASE NOTE


01-08-2020 03:06 PM                                      Page 1 of 3
```

CASE NUMBER: 096400131 Foreign Judgment

PROCEEDINGS

08-31-2009   Filed: Foreign Judgment @J
11-24-2009   Filed: Affidavit
11-25-2009   Case filed by dwank
11-25-2009   Judge MARK KOURIS assigned.
11-25-2009   Filed: Foreign Deposition
11-25-2009   Fee Account created Total Due: 35.00
11-25-2009   Fee Account created
11-25-2009   FOREIGN DEPOSITION  35.00
             Note: Code Description: FOREIGN DEPOSITION
11-25-2009   Case Disposition is Judgment
             Disposition Judge is L DOUGLAS HOGAN
11-25-2009   Case disposition is No cause of action
             Disposition Judge is L DOUGLAS HOGAN
01-05-2010   Issued: Supplemental Order
                 Clerk BARBARA D SORRELL
                 Hearing Date January 29, 2010 09:30 AM
03-09-2010   Judgment # 1 Entered 9,778.11                                    lindan

             Creditor  : A EDWARD EZOR
             Debtor    : DAVID C NICHOLLS
             9,778.11 Total Judgment
             9,778.11 Judgment Grand Total

09-17-2010   Issued: Abstract of Judgment
                 Clerk MARINDA DAVIES
09-17-2010   Issued: Abstract of Judgment
                 Clerk MARINDA DAVIES
11-01-2010   Issued: Abstract of Judgment
                 Judge MARK KOURIS
02-13-2015   Judge L DOUGLAS HOGAN assigned.
09-27-2017   Filed: Request to Submit for Decision
09-29-2017   Filed: Motion to Set Aside Judgmen t
09-29-2017   Note: Holding Order for objection time to pass
10-06-2017   Note: Order sent to judge for review
10-10-2017   Filed order: Order on Motion to Set Aside Judgment
                 Judge L DOUGLAS HOGAN
                 Signed October 10, 2017
10-10-2017   Case Disposition is Set aside/Withdrawn
             Disposition Judge is L DOUGLAS HOGAN
11-29-2017   Fee Account created Total Due: 3.00
11-29-2017   Fee Account created
11-29-2017   Fee Account created Total Due: 4.00
11-29-2017   Fee Account created
11-29-2017   CERTIFIED COPIES  3.00
             Note: Mail Payment;

CASE NUMBER: 096400131 Foreign Judgment

11-29-2017   CERTIFICATION   4.00
             Note: Mail Payment;

**Exhibit C**

David  Doyle d/b/a Quarrystone Financial Services v. David Nicholls (3rd Dist. Summit County – Case No. 196500636)

3RD DISTRICT CT- SILVER SUMMIT
SUMMIT COUNTY, STATE OF UTAH


DAVID DOYLE vs. DAVID C NICHOLLS

CASE NUMBER 196500636 Foreign Judgment

CURRENT ASSIGNED JUDGE
        RICHARD MRAZIK


PARTIES
        Plaintiff - DAVID DOYLE
        Represented by: MARK SWAN

        Defendant - DAVID C NICHOLLS

        Doing Business As - QUARRYSTONE FINANCIAL SERVICES(DAVID DOYLE)


ACCOUNT SUMMARY
                Total Revenue Amount Due:          291.00
                            Amount Paid:          291.00
                          Amount Credit:            0.00
                                Balance:            0.00
            REVENUE DETAIL - TYPE: FOREIGN JUDGMENT
                      Original Amount Due:          35.00
                      Amended Amount Due:           35.00
                            Amount Paid:           35.00
                          Amount Credit:            0.00
                                Balance:            0.00

            REVENUE DETAIL - TYPE: CERTIFIED COPIES
                      Original Amount Due:           2.00
                      Amended Amount Due:            2.00
                            Amount Paid:            2.00
                          Amount Credit:            0.00
                                Balance:            0.00

            REVENUE DETAIL - TYPE: CERTIFICATION
                      Original Amount Due:           4.00
                      Amended Amount Due:            4.00
                            Amount Paid:            4.00
                          Amount Credit:            0.00
                                Balance:            0.00

            REVENUE DETAIL - TYPE: GARNISHMENT
                      Original Amount Due:          50.00

01-08-2020 03:07 PM                                        Page 1 of 10

CASE NUMBER: 196500636 Foreign Judgment
_____

                     Amended Amount Due:          50.00
                          Amount Paid:            50.00
                        Amount Credit:             0.00
                              Balance:             0.00


        REVENUE DETAIL - TYPE: GARNISHMENT
                     Original Amount Due:          50.00
                     Amended Amount Due:           50.00
                          Amount Paid:            50.00
                        Amount Credit:             0.00
                              Balance:             0.00


        REVENUE DETAIL - TYPE: WRIT OF EXECUTION
                     Original Amount Due:          50.00
                     Amended Amount Due:           50.00
                          Amount Paid:            50.00
                        Amount Credit:             0.00
                              Balance:             0.00


        REVENUE DETAIL - TYPE: WRIT OF EXECUTION
                     Original Amount Due:          50.00
                     Amended Amount Due:           50.00
                          Amount Paid:            50.00
                        Amount Credit:             0.00
                              Balance:             0.00


        REVENUE DETAIL - TYPE: GARNISHMENT
                     Original Amount Due:          50.00
                     Amended Amount Due:           50.00
                          Amount Paid:            50.00
                        Amount Credit:             0.00
                              Balance:             0.00


CASE NOTE


PROCEEDINGS
06-21-2019   Judgment # 1 Entered 19,495.14                                    bridgetb

             Creditor  : DAVID DOYLE
             Debtor    : DAVID C NICHOLLS
             19,495.14 Total Judgment
             19,495.14 Judgment Grand Total

06-21-2019   Case filed by bridgetb

CASE NUMBER: 196500636 Foreign Judgment

| | |
|---|---|
| 06-21-2019 | Judge KENT HOLMBERG assigned. |
| 06-21-2019 | Filed judgment: Foreign Judgment |
| 06-21-2019 | Filed: Exemplified Copy of Judgment |
| 06-21-2019 | Filed: Clerk's Declaration Re: Search and Order to Deem Copy as Original |
| 06-21-2019 | Filed: Acknowledgement of Assignment of Judgment |
| 06-21-2019 | Filed: Notice of Renewal of Judgment |
| 06-21-2019 | Filed: Application for and Renewal of Judgment |
| 06-21-2019 | Filed: Affidavit |
| 06-21-2019 | Filed: Notice of Judgment |
| 06-21-2019 | Filed judgment: Foreign Judgment - Amt in Cont $19495.14 |
| 06-21-2019 | Fee Account created Total Due: 35.00 |
| 06-21-2019 | Fee Account created |
| 06-21-2019 | FOREIGN JUDGMENT  35.00 Note: Code Description: FOREIGN JUDGMENT |
| 06-21-2019 | Case disposition is Judgment Disposition Judge is KENT HOLMBERG |
| 06-26-2019 | Fee Account created Total Due: 2.00 |
| 06-26-2019 | Fee Account created |
| 06-26-2019 | Fee Account created Total Due: 4.00 |
| 06-26-2019 | Fee Account created |
| 06-26-2019 | CERTIFIED COPIES  2.00 |
| 06-26-2019 | CERTIFICATION  4.00 |
| 07-02-2019 | Filed: Return to Sender: Notice of Judgment mailed to David Nicholls |
| 07-03-2019 | Filed: Return to Sender: Notice of Judgment mailed to David Nicholls |
| 08-12-2019 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Amended Notice of Appearance of Counsel |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Amended Notice of Appearance |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Abstract of Judgment - To Issue (Proposed) |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Other - Not Signed Abstract of Judgment - To Issue (Proposed) |
| 08-12-2019 | Note: Does not match the judgment amount on file with the court. |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Abstract of Judgment - To Issue (Proposed) |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Abstract of Judgment - To Issue (Proposed) |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Issued: Abstract of Judgment Issued Clerk RHONDA MEEKS |

```
CASE NUMBER: 196500636 Foreign Judgment
```

| | |
|---|---|
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Other - Not Signed Abstract of Judgment - To Issue (Proposed) |
| 08-12-2019 | Note: Does not match judgment amount filed with the Court. |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Application for Writ of Garnishment |
| 08-12-2019 | Filed: Writ of Garnishment - Non Wage (Proposed) |
| 08-12-2019 | Issued: Writ of Garnishment - Non Wage |
| |     Clerk BRIDGETTE BLONQUIST |
| 08-12-2019 | Fee Account created Total Due: 50.00 |
| 08-12-2019 | Fee Account created |
| 08-12-2019 | GARNISHMENT  50.00 |
| 08-12-2019 | Filed: Return of Electronic Notification |
| 08-12-2019 | Filed: Application for Writ of Garnishment |
| 08-12-2019 | Filed: Writ of Garnishment - Non Wage (Proposed) |
| 08-12-2019 | Filed: Application for Writ of Execution |
| 08-12-2019 | Filed: Writ of Execution (Proposed) |
| 08-14-2019 | Filed return: Return of Service - Garnishment U.S. Bank, U.S. Bank, National Association |
| |     Party Served: DANI SNOW |
| |     Service Type: Personal |
| |     Service Date: August 13, 2019 |
| |     Garnishee: U.S. Bank, National Association |
| 08-14-2019 | Filed: Return of Electronic Notification |
| 08-14-2019 | Filed: Application for Writ of Execution.real property |
| 08-14-2019 | Filed: Writ of Execution (Proposed) |
| 08-19-2019 | Issued: Writ of Garnishment - Non Wage |
| |     Judge KENT HOLMBERG |
| 08-19-2019 | Fee Account created Total Due: 50.00 |
| 08-19-2019 | Fee Account created |
| 08-19-2019 | GARNISHMENT  50.00 |
| 08-19-2019 | Filed: Return of Electronic Notification |
| 08-19-2019 | Issued: Writ of Execution |
| |     Judge KENT HOLMBERG |
| 08-19-2019 | Fee Account created Total Due: 50.00 |
| 08-19-2019 | Fee Account created |
| 08-19-2019 | WRIT OF EXECUTION  50.00 |
| 08-19-2019 | Filed: Return of Electronic Notification |
| 08-20-2019 | Issued: Writ of Execution |
| |     Judge KENT HOLMBERG |
| 08-20-2019 | Fee Account created Total Due: 50.00 |
| 08-20-2019 | Fee Account created |
| 08-20-2019 | WRIT OF EXECUTION  50.00 |
| 08-20-2019 | Filed: Return of Electronic Notification |
| 08-22-2019 | Filed: Notice of Subpoena |
| 08-22-2019 | Filed: Return of Electronic Notification |

CASE NUMBER: 196500636 Foreign Judgment

| | |
|---|---|
| 08-22-2019 | Filed: Application for Writ of Garnishment Zions Bank |
| 08-22-2019 | Filed: Writ of Garnishment - Non Wage (Proposed) Zions Bank |
| 08-22-2019 | Issued: Writ of Garnishment - Non Wage Zions Bank |
| | Clerk BRIDGETTE BLONQUIST |
| 08-22-2019 | Fee Account created Total Due: 50.00 |
| 08-22-2019 | Fee Account created |
| 08-22-2019 | GARNISHMENT  50.00 |
| 08-22-2019 | Filed: Return of Electronic Notification |
| 08-27-2019 | Filed return: Return of Service - Garnishment on Zions Bank, |
| | Zions First National Bank |
| | Party Served: CORPORATION SERVICE COMPANY |
| | Service Type: Personal |
| | Service Date: August 23, 2019 |
| | Garnishee: Zions First National Bank |
| 08-27-2019 | Filed: Return of Electronic Notification |
| 09-06-2019 | Filed: Reply and Request For Hearing |
| 09-09-2019 | NOTICE for Case 196500636 ID 20314997 |
| | Judge: KENT HOLMBERG |
| | GARNISHMENT HEARING is scheduled. |
| | Date: 09/19/2019 |
| | Time: 08:30 a.m. |
| | Location: Courtroom B |
| | 6300 JUSTICE CENTER ROAD |
| | PARK CITY, UT 84098 |
| | Before Judge: KENT HOLMBERG |
| 09-09-2019 | GARNISHMENT HEARING scheduled on September 19, 2019 at 08:30 AM |
| | in Courtroom B with Judge KENT HOLMBERG |
| 09-09-2019 | Filed: Notice for Case 196500636 FJ: Judge   KENT HOLMBERG |
| 09-09-2019 | Filed: Release of Garnishment on Zions Bank |
| 09-09-2019 | Filed: Return of Electronic Notification |
| 09-09-2019 | GARNISHMENT HEARING Cancelled |
| | Reason: Correct calendar |
| 09-09-2019 | Note: Hearing cancelled due to Release of Garnishment being |
| | filed. |
| 09-12-2019 | Filed return: Return Writ of Execution |
| | Party Served: NICHOLLS, DAVID C |
| | Service Type: |
| | Service Date: September 12, 2019 |
| | Garnishee: |
| 09-12-2019 | Filed return: Return Writ of Execution |
| | Party Served: NICHOLLS, DAVID C |
| | Service Type: Mail |
| | Service Date: September 12, 2019 |
| | Garnishee: |
| 09-13-2019 | Filed: Motion to Set Aside Judgment/Exhibits |
| | Filed by: DAVID C NICHOLLS |

CASE NUMBER: 196500636 Foreign Judgment

```
09-13-2019   Filed: (Proposed) Order on Motion to Set Aside Judgment
09-13-2019   Filed: Reply and Request for Hearing - Writ of Execution
09-13-2019   Filed: Notice of Unavailability for Hearing
09-16-2019   TELEPHONIC SCHED. CONF. scheduled on September 23, 2019 at
             03:00 PM in Courtroom A with Judge KENT HOLMBERG
09-16-2019   NOTICE for Case 196500636 ID 20331104
                  Judge: KENT HOLMBERG
             TELEPHONIC SCHED. CONF. is scheduled.
                  Date: 09/23/2019
                  Time: 03:00 p.m.
                  Location: Courtroom A
                  6300 JUSTICE CENTER ROAD
                  PARK CITY, UT 84098
                  Before Judge: KENT HOLMBERG
                  IMPORTANT NOTICE: Counsel and/or parties are responsible
                  for calling in at the number identified below and waiting
                  for the conference call to start. The court will NOT call
                  you.  If you do not call in on time, the court may proceed
                  in your absence.
                  You will be placed on hold until the court joins the call.
                  We will make every effort to begin the call on time, but if
                  other matters before the court delay the start of the call,
                  please wait on the line.
                  If you call in and another matter is being heard, please
                  wait until that matter concludes before making an
                  appearance. If you experience issues or problems calling
                  in, please feel free to contact a judicial assistant at
                  435-615-4300.
                  CONFERENCE CALL NUMBER: (877) 820-7831  PASSCODE: 644472
09-16-2019   Filed: Notice for Case 196500636 FJ: Judge   KENT HOLMBERG
09-23-2019   TELEPHONE HRG MOT TO SET ASIDE scheduled on October 23, 2019 at
             11:00 AM in Courtroom B with Judge KENT HOLMBERG
09-23-2019   Minute Entry - TELEPHONIC SCHEDULING CONFERENCE
                  Judge: KENT HOLMBERG
                  Clerk: bridgetb
             PRESENT
                  Defendant(s): DAVID C NICHOLLS
                  Plaintiff's Attorney(s): MARK SWAN
                  Audio
                  Tape Number: crt A Tape Count: 3:02/3:26
             HEARING
```

CASE NUMBER: 196500636 Foreign Judgment

This matter comes before the Court for a telephonic scheduling conference.

Parties and counsel appearing as listed above.

Plaintiff has until October 7, 2019 to file his opposition to the Motion to Set Aside Judgment. Reply due by October 15, 2019. Parties stipulate to service by email.

Telephonic oral argument on Defendant's Motion to Set Aside the Judgment is scheduled for October 23, 2019 @ 11:00 a.m.

If issues of fact arise after full briefing and oral argument then the Court can schedule and evidentiary hearing on the issues of fact.

Mr. Nicholls to file a Request to Submit when briefing is complete on his Motion to Set Aside Judgment.
TELEPHONE HRG MOT TO SET ASIDE is scheduled.
Date: 10/23/2019
Time: 11:00 a.m.
Location: Courtroom B
6300 JUSTICE CENTER ROAD
PARK CITY, UT 84098
Before Judge: KENT HOLMBERG
IMPORTANT NOTICE: Counsel and/or parties are responsible for calling in at the number identified below and waiting for the conference call to start. The court will NOT call you.  If you do not call in on time, the court may proceed in your absence.
You will be placed on hold until the court joins the call. We will make every effort to begin the call on time, but if other matters before the court delay the start of the call, please wait on the line.
If you call in and another matter is being heard, please wait until that matter concludes before making an appearance. If you experience issues or problems calling in, please feel free to contact a judicial assistant at 435-615-4300.
CONFERENCE CALL NUMBER: (877) 820-7831  PASSCODE: 644472
10-07-2019  Filed: Motion Plaintiffs Ex Parte Motion for Enlargement of Time to respond to Defendants Motion to Set Aside Judgment
        Filed by: DAVID DOYLE
10-07-2019  Filed: Ex Parte Order (Proposed)
10-07-2019  Filed: Request/Notice to Submit Plaintiffs Ex Parte Motion for Enlargement of time to respond to Defendants Motion to Set

CASE NUMBER: 196500636 Foreign Judgment

|            |                                                                                 |
|------------|---------------------------------------------------------------------------------|
|            | Aside Judgment                                                                  |
| 10-07-2019 | Filed: Return of Electronic Notification                                        |
| 10-07-2019 | Note: Do not submit Pltfs Ex Parte Order to Judge.  Def will be filing a response. |
| 10-11-2019 | Filed: Memorandum Opposing Plaintiff's Ex Parte Motion for Enlargement of Time to File Response to Defendant's Motion to Set Aside Judgment |
| 10-11-2019 | Filed: Request to Submit for Decision                                           |
| 10-15-2019 | Filed: Motion Plaintiffs Second Motion for Enlargement of Time to File Response to Defendants Motion to Set Aside Judgment |
|            |         Filed by: DAVID DOYLE                                                    |
| 10-15-2019 | Filed: Reply Plaintiffs Reply to Defendants Memorandum Opposing Plaintiffs Ex Parte Motion for Enlargement of Time to File Response to Defendants Motion to Set Aside Judgment |
| 10-15-2019 | Filed: Return of Electronic Notification                                        |
| 10-15-2019 | Filed: Plaintiffs Response to Defendants Motion to Set Aside Judgment           |
| 10-15-2019 | Filed: Return of Electronic Notification                                        |
| 10-15-2019 | Filed: Affidavit/Declaration of David Doyle and Exhibits A-H                    |
| 10-15-2019 | Filed: Exhibits I-J to Declaration of David Doyle                               |
| 10-15-2019 | Filed: Exhibits K-Q to Declaration of David Doyle                               |
| 10-15-2019 | Filed: Return of Electronic Notification                                        |
| 10-16-2019 | Note: Defendant will be replying to the motion to enlarge time.                 |
| 10-16-2019 | Filed: Affidavit/Declaration Amended Declaration of David Doyle (without exhibits attached) |
| 10-16-2019 | Filed: Affidavit/Declaration of A. Edward Ezor                                  |
| 10-16-2019 | Filed: Return of Electronic Notification                                        |
| 10-16-2019 | Filed order: Ex Parte Order                                                     |
|            |         Judge KENT HOLMBERG                                                      |
|            |         Signed October 16, 2019                                                 |
| 10-17-2019 | Filed: Defendant's Ex Parte Motion for Enlargement of Time to File Response to Plaintiff's Untimely Reply to Defendant's Motion to Set Aside Judgment |
|            |         Filed by: DAVID C NICHOLLS                                               |
| 10-17-2019 | Filed: Memorandum Opposing Plaintiff's Second Ex Parte Motion for Enlargement of Time to File Response to Defendant's Motion to Set Aide Judgment |
| 10-17-2019 | Filed: Request to Submit for Decision                                           |
| 10-21-2019 | Filed: Opposition to Defendants Reply and Request for Hearing - Writ of Execution |
| 10-21-2019 | Filed: Return of Electronic Notification                                        |
| 10-22-2019 | Filed: Defendant's Reply Opposing Plaintiff's Response to Defendant's Motion to Set Aside Judgment |
| 10-22-2019 | Filed: Defendant's Reply to Plaintiff's Response to Defendant's Reply and Request for Hearing-Writ of Execution |
| 10-23-2019 | Filed: Defendant's Supplemental Reply Opposing Plaintiff's                      |

CASE NUMBER: 196500636 Foreign Judgment

|            | Response to Defendant's Motion to Set Aside Judgment |
|------------|------------------------------------------------------|
| 10-23-2019 | Filed: Defendants Reply to Plaintiff's Response to Defendant's Reply and Request for Hearing Writ of Execution |
| 10-23-2019 | Filed: Defendants Notice to Update and Change Address |
| 10-23-2019 | Filed: Defendants Notice and Motion to Request Stay of Proposed Sheriffs Lien Sale on Defendant's Homestead, Permanent Residence and Property No Sooner Than 20 Days After Courts Ruling on Defendants Motion to Vacate and Set Aside Defendants Motion |
| 10-23-2019 | MOTION TO STAY scheduled on October 31, 2019 at 11:00 AM in Courtroom B with Judge KENT HOLMBERG |
| 10-23-2019 | Minute Entry - MOTION TO SET ASIDE JUDGMENT |

       Judge: KENT HOLMBERG

       Clerk: bridgetb

   PRESENT

      Defendant(s): DAVID C NICHOLLS

      Plaintiff's Attorney(s): MARK SWAN

      Audio

      Tape Number: crt B Tape Count: 11:01/12:59

   HEARING

      This matter comes before the Court for oral argument on Defendant's Motion to Set Aside Judgment.

      Parties and counsel appearing as listed above.

      11:02 Defendant argues Motion to Set Aside Judgment (Nicholls). 11:31 Plaintiff's rebuttal (Swan). 12:11 Defendant's reply.

      12:39 The Court rules as stated on the record. Defendant's Motion to Set Aside the Judgment is DENIED. Given what defendant presented the evidence does not rise to the level of fraud. Defendant's Request for Stay is RESERVED pending further briefing.

      Hearing on the Motion to Stay is scheduled for October 31, 2019 @ 11:00 a.m.

   MOTION TO STAY is scheduled.

      Date: 10/31/2019

      Time: 11:00 a.m.

      Location: Courtroom B

      6300 JUSTICE CENTER ROAD

      PARK CITY, UT 84098

      Before Judge: KENT HOLMBERG

| 10-24-2019 | NOTICE for Case 196500636 ID 20433664 |

       Judge: KENT HOLMBERG

CASE NUMBER: 196500636 Foreign Judgment

```
                MOTION TO STAY.
                     Date: 10/31/2019
                     Time: 11:30 a.m.
                     Location: Courtroom B
                     6300 JUSTICE CENTER ROAD
                     PARK CITY, UT 84098
                     Before Judge: KENT HOLMBERG
                     The reason for the change is Request of counsel
10-24-2019      Filed: Notice for Case 196500636 FJ: Judge   KENT HOLMBERG
10-24-2019      MOTION TO STAY rescheduled on October 31, 2019 at 11:00 AM
                Reason: null
10-24-2019      Filed: Order (Proposed) Order Denying Defendant David C.
                Nicholls Motion to Dismiss
10-24-2019      Filed: Request/Notice to Submit
10-24-2019      Filed: Return of Electronic Notification
10-24-2019      Filed: Other - Not Signed Order (Proposed) Order Denying
                Defendant David C. Nicholls Motion to Dismiss
10-24-2019      Note: Order listed in the Docket Text is not the Order filed.
                Counsel has filed a Judgment instead for a Salt Lake Case and
                Judge.
10-24-2019      Filed: Return of Electronic Notification
10-25-2019      Filed: Order (Proposed) Order Denying Defendant David C.
                Nicholls Motion to Set Aside Judgment
10-25-2019      Filed: Request/Notice to Submit
10-25-2019      Filed: Return of Electronic Notification
10-25-2019      Filed order: Order Denying Defendant David C. Nicholls Motion
                to Set Aside Judgment
                     Judge KENT HOLMBERG
                     Signed October 25, 2019
10-25-2019      Filed: Return of Electronic Notification
10-30-2019      MOTION TO STAY Cancelled
                Reason: Request of counsel
10-30-2019      Filed: Stipulation for Stay of Execution Sale
10-30-2019      Filed: Return of Electronic Notification
10-31-2019      Filed: Amended Stipulation for Stay of Execution Sale
10-31-2019      Filed: Return of Electronic Notification
01-06-2020      Judge RICHARD MRAZIK assigned.
01-07-2020      Filed: Real Estate Cancelled Execution Return
01-07-2020      Filed: Return of Electronic Notification
```

# Exhibit D

David Nicholls v. Hermosa Beach Police Dept.
(LASC – Case No. YC054109)

LASC - Case Access      http://www.lacourt.org/casesummary/ui/popupCaseSummary.aspx

Case 19-29131  Doc 11  Filed 01/17/20  Entered 01/17/20 15:49:46  Desc Main
Document  Page 33 of 78

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  YC054109

DAVID NICHOLLS VS HERMOSA BEACH POLICE DEPARTMENT ET. AL

**Filing Courthouse:**  Governor George Deukmejian Courthouse

**Filing Date:**  10/30/2006
**Case Type:**  Civil Rights/Discrimination (General Jurisdiction)
**Status:**  Dismissed - Other 05/13/2008

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

HERMOSA BEACH CITY OF - Defendant

HERMOSA BEACH CITY OF - Defendant

HERMOSA BEACH POLICE DEPARTMENT - Defendant

HERMOSA BEACH POLICE DEPARTMENT - Defendant

LYNBERG & WATKINS - Attorney for Defendant

LYNBERG & WATKINS - Attorney for Defendant

NICHOLLS DAVID - Plaintiff

NICHOLLS DAVID - Plaintiff in Pro Per

RIOS RALPH R. ESQ. - Former Attorney for Plaintiff

RIOS RALPH R. ESQ. - Attorney for Plaintiff

SILVERMAN B. SCOTT - Mediator

SILVERMAN B. SCOTT - Mediator

TILLIPMAN JAMES M. - Attorney for Plaintiff

TILLIPMAN JAMES M. - Former Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

05/16/2008   12/21/2007   03/21/2007

**10/19/2012** Order
Filed by Defendant

**10/19/2012** Order (ORDER AWARDING COSTS ON APPEAL TO DEFENDANT SIGNED AND FILED. )
Filed by Attorney for Defendant

**10/02/2012** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/02/2012** Notice (OF ERRATA )
Filed by Attorney for Defendant

**09/10/2012** Order

**09/10/2012** Order (ORDER AWARDING COSTS ON APPEAL TO DEFENDANTS SIGNED AND FILED. )
Filed by Attorney for Plaintiff

**07/14/2011** Order
Filed by Defendant

**07/14/2011** Order (AWARDING COSTS ON APPEAL TO DEFT RECEIVED AND SUBMITTED )
Filed by Attorney for Defendant

**04/25/2011** Memorandum of Costs
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/25/2011** Memorandum of Costs
Filed by Attorney for Defendant

**01/10/2011** Unknown Document Type
Filed by Court

**01/10/2011** Remittitur filed
Filed by Court

**02/23/2010** Notice
Filed by Clerk

**02/23/2010** Notice (NOTICE TO PARTIES RE FEE FOR CLERK'S TRANSCRIPT ON APPEAL )
Filed by Clerk

**12/15/2009** Notice
Filed by DAVID NICHOLLS (Plaintiff)

**12/15/2009** Notice (NOTICE TO SUPERIOR COURT TO INCLUDE OMITTED DESGINATED MATERIAL IN RECORD
ON APPEAL-DOC. SENT TO CIVIL APPEALS-111 NO.HILL ST., L.A. BY COUNTY MESSENGER ON 12/15/09)
Filed by Plaintiff in Pro Per

**07/20/2009** Notice
Filed by Clerk

**07/20/2009** Notice
Filed by Clerk

**04/07/2009** Notice
Filed by Clerk

**04/07/2009** Notice (NOTICE TO REPORTERS TO PREPARE TRANSCRIPT ON APPEAL )
Filed by Clerk

**03/05/2009** Notice
Filed by DAVID NICHOLLS (Plaintiff)

**03/05/2009** Notice (DESIGNATING RECORD ON APPEAL. CLERKS AND REPORTERS TRANSCRIPT )
Filed by Plaintiff in Pro Per

**11/21/2008** Order
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/21/2008** Order (COSTS IN THE SUM OF $2,057.00 APPROVED BY THE COURT. )
Filed by Attorney for Defendant

**10/27/2008** Miscellaneous-Other
Filed by Clerk

**10/27/2008** Miscellaneous-Other (NOTICE TO BOOKKEEPER 10-27-08 DEPOSITED 4-18-08,SBB461346012 )
Filed by Clerk

**09/24/2008** Proof of Service (not Summons and Complaint)
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**09/24/2008** Proof of Service (SERVED BY MAIL TO DAVID NICHOLLS ON 09-23-08 )
Filed by Attorney for Defendant

**06/23/2008** Notice
Filed by Clerk

**06/23/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/23/2008** Notice (NOTICE TO ATTORNEY IN RE ABANDONME NT OF APPEAL )
Filed by Clerk

**06/23/2008** Notice of Ruling (RE PLFT.S MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL A AND TO RECONSIDER PFLT.S MTN. TO CONTINUE TRIAL DATE AND REOPEN DISCOVERY. (DENIED))
Filed by Attorney for Defendant

**06/19/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**06/19/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**06/19/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**06/19/2008** Opposition (VOL 3 )
Filed by Plaintiff, & Plaintiff in Pro Per

**06/19/2008** Opposition (VOL 2 )
Filed by Plaintiff, & Plaintiff in Pro Per

**06/19/2008** Opposition (VOL. 1 )
Filed by Plaintiff, & Plaintiff in Pro Per

**06/13/2008** Memorandum of Costs
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/13/2008** Memorandum of Costs (Cost after voluntary dismissal in the amount of $94,381. Claimed by: Defendants )
Filed by Attorney for Defendant

**06/09/2008** Opposition
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/09/2008** Opposition (TO PLFT.S MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL AS A TERMINATION SANCTION AND TO ISSUE MONETARY SANCTIONS.... )
Filed by Attorney for Defendant

**06/06/2008** Notice of Entry of Judgment
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/06/2008** Notice of Entry of Judgment (of dismissal )
Filed by Attorney for Defendant

**05/30/2008** Judgment
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/30/2008** Judgment (JUDGMENT OF DISMISSAL )
Filed by Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/16/2008   12/21/2007   03/21/2007

**05/16/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/16/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/16/2008** Notice of Ruling (RE HERMOSA BEACH RE HERMOSA BEACH DEFT.S EX PARTE APPL. FOR AN
ORDER DISM. THIS ACTION AS A SANCTION FOR PLFT. VIOLATIONS OF THIS COURT DISCOVERY ORDERS )
Filed by Attorney for Defendant

**05/16/2008** Notice of Ruling (RE PLFT.S EX PARTE APPLICATION TO CONTINUE TRIAL AND REOPEN DISCOVERY
)
Filed by Attorney for Defendant

**05/13/2008** Request for Judicial Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/13/2008** Request-Judicial Notice
Filed by Attorney for Defendant

**05/12/2008** Notice
Filed by Clerk

**05/12/2008** Notice (NOTICE TO ATTORNEY IN RE NOTICE OF APPEAL )
Filed by Clerk

**05/09/2008** Proof of Service (not Summons and Complaint)
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/09/2008** Proof of Service (RE HERMOSA BEACH DEFT.S EX PARTE APPL. FOR AN ORDER DISMISSING THIS
ACTION AS A SANCTION FOR PLAINTIFF VIOLATIONS OF THIS CRT.S DISCOVERY ORDER... )
Filed by Attorney for Defendant

**05/08/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**05/08/2008** Ex-Parte Application (PLAINTIFF DAVID C. NICHOLLS' EX PARTE MOTION TO RE OPEN DISCOVERY
AND CONTINUE TRIAL )
Filed by Plaintiff in Pro Per

**05/07/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**05/07/2008** Opposition (FIRST AMENDED OPPOSITION TO DEFTS EX PARTE MOTION TO DISMISS AND OR TO
COMPEL AND ISSUE SANCTIONS... BY FAX )
Filed by Plaintiff in Pro Per

**05/06/2008** Notice of Appeal

Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Proof of Service (not Summons and Complaint)
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Notice of Stay of Proceedings (Bankruptcy)
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Notice of Appeal
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Amended Proof of Service
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/06/2008** Notice of Change of Hearing/Trial
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/06/2008** Notice of Appeal (Notice of Appeal sent to civil appeals 5-08-08--no fees submitted )
Filed by Plaintiff in Pro Per

**05/06/2008** Proof of Service (NOTICE OF STAY OF PROCEEDINGS BY MAIL *FAXED* )
Filed by Plaintiff in Pro Per

**05/06/2008** Notice of Stay (OF PROCEEDINGS BY FAX )
Filed by Plaintiff in Pro Per

**05/06/2008** Notice of Appeal (BY FAX Fwd to Civil Appeals Rm.100 5/7/08)
Filed by Plaintiff in Pro Per

**05/06/2008** Amended Proof of Service (TO NOTICE OF CHANGE OF HEARING DATE ON HERMOSA BEACH DEFTS'
EX PARTE APPL FOR AN ORDER DISMISSING THIS ACTION AS A SANCTION FOR PLTF'S VIOLATIONS OF THIS
COURT'S DISCOVERY ORDERS,...)
Filed by Attorney for Defendant

**05/06/2008** Notice of Change of Hearing/Trial (DATE ON HERMOSA BEACH DEFTS' EX PARTE APPLICATION FOR
AN ORDER DISMISSING THIS ACTION AS A SANCTION FOR PLTF'S VIOLATIONS OF THIS COURT'S DISCOVERY
ORDERS,... *OLD DATE:5/5/08 NEW DATE:5/8/08)
Filed by Attorney for Defendant

**05/05/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**05/05/2008** Opposition (TO DEFENDANTS' UNTIMELY EX PARTE MOTION TO COMPEL AND DISMISS AND
POSSIBLE SANCTIONS )
Filed by Plaintiff in Pro Per

**05/02/2008** Notice
Filed by Clerk

**05/02/2008** Statement of the Case
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/02/2008** Exhibit List
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/02/2008** Notice (NOTICE TO ATTORNEY IN RE NOTICE OF APPEAL )
Filed by Clerk

**05/02/2008** Statement Of The Case (PROPOSED BY FAX )
Filed by Attorney for Defendant

**05/02/2008** Exhibit List (BY FAX )
Filed by Attorney for Defendant

**05/02/2008** Witness List (BY FAX )
Filed by Attorney for Defendant

**05/01/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/01/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**05/01/2008** Notice of Ruling (RE HERMOSA BEACH DEFT'S MOTION FOR DISMISSAL AS A SANCTION FOR PLTF'S
VIOLATIONS OF THIS COURT'S DISCOVERY ORDERS, OR IN THE ALTV, ISSUE, EVIDENTIARY, AND/OR
MONETARY SANCTIONS.)
Filed by Attorney for Defendant

**05/01/2008** Ex-Parte Application (TO REQUEST FOR RECUSAL OF JUDGE DUDLEY GRAY AND/OR TO DISQUALIFY
HIM. )
Filed by Plaintiff in Pro Per

**04/28/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**04/28/2008** Opposition (AND ANSWER TO DEFTS MOTION FOR DISMISSAL AS A SANCTION FOR PLTF OF
DISCOVERY ORDER, OR IN THE ALTV, ISSUE EVIDENTIARY, AND/OR MONETARY SANCTIONS. )
Filed by Plaintiff in Pro Per

**04/22/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/22/2008** Notice of Ruling (RE PTLFS EX PARTE APPLICATION TO CONTINUE TRIAL AND REOPEN DISCOVERY.
)
Filed by Attorney for Defendant

**04/21/2008** Order - Other
Filed by DAVID NICHOLLS (Plaintiff)

**04/21/2008** Miscellaneous-Other
Filed by DAVID NICHOLLS (Plaintiff)

**04/21/2008** Opposition
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/21/2008** Order - Other (re: waiver of additional court fees )
Filed by Plaintiff

**04/21/2008** Miscellaneous-Other (request for jury trial )
Filed by Plaintiff

**04/21/2008** Opposition (TO PLTF'S EX PARTE APPLICATION TO CONTINUE TRIAL AND REOPEN DISCOVERY. )
Filed by Attorney for Defendant

**04/18/2008** Answer to Second Amended Complaint
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/18/2008** Answer to Second Amended Complaint
Filed by Attorney for Defendant

**04/07/2008** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Motion to Dismiss

Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**04/07/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**04/07/2008** Notice (OF LODGING FEDERAL CASES IN SUPPORT OF HERMOSA BEACH DEFTS' MOTION FOR DISMISSAL AS A SANCTION FOR PLTF'S VIOLATION OF COURT'S DISCOVERY ORDER, OR IN THE ALTV, ISSUE, EVIDENTIARY....)
Filed by Attorney for Defendant

**04/07/2008** Miscellaneous-Other (STATEMENT OF DISPUTED MATTERS IN SUPPORT OF MOTION FOR DISMISSAL AS A SANCTION FOR PLTF'S VIOLATION OF THIS COURT'S DISCOVERY ORDER, OR IN THE ALTV, ISSUE, EVIDENTIARY AND/OR MONETARY SANCTIONS.)
Filed by Attorney for Defendant

**04/07/2008** Motion to Dismiss (AS A SANCTIONS FOR PLAINTIFF'S VILATIONS OF THIS COURT'S DISCOVERY ORDERS, OR IN THE ALTV, ISSUE, EVIDENTIARY, AND/OR MONETARY SANCTIONS. )
Filed by Attorney for Defendant

**04/07/2008** Notice (OF CHANGE OF HEARING DATE ON HERMOSA BEACH DEFTS' MOTION FOR DISMISSAL AS A SANCTIONS FOR PLTF'S VIOLATIONS OF THIS COURT'S DISCOVERY ORDERS, OR IN THE ALTV, ISSUE, EVIDENTIARY, &/OR MONETARY.)
Filed by Attorney for Defendant

**04/07/2008** Ex-Parte Application (PLAINTIFF DAVID NICHOLLS' EX PARTE MOTION TO CONTINUE HEARING ON MOTION TO DISMISS; DECLARATIONS OF DAVID C. NICHOLLS & JAMES TILLIPMAN; MEMORANDUM OF POINTS AND AUTHORITIES)
Filed by Plaintiff in Pro Per

**04/07/2008** Ex-Parte Application (PLAINTIFF DAVID NICHOLLS' EX PARTE MOTION TO CONTINUE TRIAL AND REOPEN DISCOVERY; DECLARATIONS OF DAVID C. NICHOLLS, JAMES TILLIPMAN & MEMORANDUM OF POINTS AND AUTHORITIES)
Filed by Plaintiff in Pro Per

**04/04/2008** Application
Filed by DAVID NICHOLLS (Plaintiff)

**04/04/2008** Order on Court Fee Waiver (Superior Court)
Filed by DAVID NICHOLLS (Plaintiff)

**04/04/2008** Application - Miscellaneous (FOR WAIVER OF COURT FEES AND COSTS )
Filed by Plaintiff in Pro Per

**04/04/2008** Order-App/Waiver Court Fees & Cost (GRANTED IN WHOLE. )
Filed by Plaintiff in Pro Per

**04/01/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/01/2008** Notice of Ruling (RE PLTF'S EX PARTE APPLICATION TO CONTINUE TRIAL AND THE HEARING ON THE HERMOSA BEACH DEFTS' MOTION FOR DISMISSAL AS A SANCTIONS FOR PLTF'S VIOLATIONS OF THIS COURT'S DISCOVERY ORDERS.)
Filed by Attorney for Defendant

**03/26/2008** Substitution of Attorney

Filed by DAVID NICHOLLS (Plaintiff)

**03/26/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**03/26/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**03/26/2008** Substitution of Attorney (FORMER: IN PRO PER NEW: JAMES M. TILLIPMAN )
Filed by Attorney for Plaintiff

**03/26/2008** Ex-Parte Application (TO CONTINUE HEARING ON MOTION TO DISMISS. )
Filed by Attorney for Plaintiff

**03/26/2008** Ex-Parte Application (TO CONTINUE TRIAL AND REOPEN DISCOVERY. )
Filed by Attorney for Plaintiff

**03/04/2008** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/04/2008** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING HERMOSA BEACH DEFTS'
MOTION TO COMPEL THE DEPOSITION OF PLTF DAVID NICHOLS. )
Filed by Attorney for Defendant

**01/29/2008** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**01/29/2008** Motion to Compel (THE DEPOSITION OF PLTF DAVID NICHOLS. )
Filed by Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/16/2008   12/21/2007   03/21/2007

**12/21/2007** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/21/2007** Notice of Ruling (RE HERMOSA BEACH DEFENDANT'S MOTIONS TO COMPEL FURTHER RESPONSES
TO FORM INTERROGS, SPECIAL INTERROGS AND REQUEST FOR PRODUCTION OF DOCUMENTS AND PLTF'S
COUNSEL'S MOTION TO BE.....)
Filed by Attorney for Defendant

**12/18/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/18/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/18/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/18/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFT'S MOTION TO
COMPEL FURTHER RESPONSES TO ITS SPECIAL INTERROGATORIES, SET ONE. )
Filed by Attorney for Defendant

**12/18/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFT'S MTOION TO
COMPEL FURTHER RESPONSES TO ITS REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE TO PLTF. )
Filed by Attorney for Defendant

**12/18/2007** Miscellaneous-Other (REPLY TO NON-OPPOSTION BY PLTF REGARDING DEFT'S MOTION TO COMPEL
FURTHER RESPONSES TO ITS FORM INTERROGS, SET ONE, TO PLTF. )
Filed by Attorney for Defendant

**12/10/2007** Miscellaneous-Other

Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/10/2007** Miscellaneous-Other (NON-OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL. )
Filed by Attorney for Defendant

**11/21/2007** Declaration
Filed by DAVID NICHOLLS (Plaintiff)

**11/21/2007** Motion to Be Relieved as Counsel
Filed by DAVID NICHOLLS (Plaintiff)

**11/21/2007** Declaration (IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL. )
Filed by Attorney for Plaintiff

**11/21/2007** Motion to be Relieved as Counsel
Filed by Attorney for Plaintiff

**11/08/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTER IN DISPUTE IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S FORM INTERROGATORIES, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Motion to Compel (FURTHER RESPONSES TO ITS FORM INTERROGATORIES, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTER IN DISPUTE IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S REQUEST OF PRODUCTION OF DOCUMENTS, SET ONE.)
Filed by Attorney for Defendant

**11/08/2007** Motion to Compel (FURTHER RESPONSES TO ITS REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTER IN DISPUTED IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S SPECIAL INTERROGS. )
Filed by Attorney for Defendant

**11/08/2007** Motion to Compel (FURTHER RESPONSES TO ITS SPECIAL INTERROGS, SET ONE. )
Filed by Attorney for Defendant

**11/05/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/05/2007** Notice (OF TAKING MOTIONS OFF CALENDAR SCHEDULED FOR 11/6/07 AND 11/15/07 )

Filed by Attorney for Defendant

**11/02/2007** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/02/2007** Notice of Ruling (RE HERMOSA BEACH DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL.
)
Filed by Attorney for Defendant

**10/25/2007** Order - Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/25/2007** Stipulation
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/25/2007** Ex-Parte Application
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/25/2007** Order - Other (RE: HERMOSA BEACH DEFTS' EX PARTE APP TO CONT TRIAL FILED )
Filed by Attorney for Plaintiff

**10/25/2007** Stipulation (OF PARTIES TO CONTINUE THE TRIAL DATE. )
Filed by Attorney for Defendant

**10/25/2007** Ex-Parte Application (TO CONTINUE TRIAL. )
Filed by Attorney for Defendant

**10/12/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTERS IN DISPUTE IN SUPPORT OF MOTION TO
COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S SPECIAL INTERROGS, SET ONE. )
Filed by Attorney for Defendant

**10/12/2007** Motion to Compel (RESPONSES TO ITS SPECIAL INTERROGS TO PLTFF. )
Filed by Attorney for Defendant

**10/12/2007** Miscellaneous-Other (SEPARAE STATEMENT OF MATTERS IN DISPUTE IN SUPPORT OF MOTION TO
COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S FORM INTERROGS, SET ONE. )
Filed by Attorney for Defendant

**10/12/2007** Motion to Compel (RESPONSES TO ITS FORM INTERROGS TO PLTF. )
Filed by Attorney for Defendant

**10/05/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/05/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/05/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTERS IN DISPUTED IN SUPPORT OF MOTION
TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S REQUEST FOR PRODUCTION OF
DOCUMENTS, SET ONE.)
Filed by Attorney for Defendant

**10/05/2007** Motion to Compel (FURTHER RESPONSES TO ITS REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE, TO PLAINTIFF. )
Filed by Attorney for Defendant

**07/11/2007** Notice-Assignment-Mediator
Filed by Clerk

**07/11/2007** Notice-Assignment-Mediator
Filed by ADR Clerk

**07/02/2007** Case Management Statement
Filed by DAVID NICHOLLS (Plaintiff)

**07/02/2007** Statement-Case Management
Filed by Attorney for Plaintiff

**06/26/2007** Case Management Statement
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/26/2007** Statement-Case Management
Filed by Attorney for Defendant

**06/19/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/19/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/19/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**06/19/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTFF REGARDING DEFENDANT'S DEMURRER TO PLAINTIFF'S SECOND AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**06/05/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/05/2007** Notice (OF ATTORNEY NAME CHANGE. (BRIANNE J. QUINN - ATTY FOR DEFTS HAS CHANGED HER NAME TO BRIANNE J. SKOPINICH DUE TO HER RECENT MARRIAGE) )
Filed by Attorney for Defendant

**05/24/2007** Motion to Strike
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/24/2007** Demurrer
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/24/2007** Motion to Strike (PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**05/24/2007** Demurrer
Filed by Attorney for Defendant

**05/14/2007** Second Amended Complaint
Filed by DAVID NICHOLLS (Plaintiff)

**05/14/2007** Second Amended Complaint
Filed by Attorney for Plaintiff

**04/27/2007** Case Management Statement
Filed by DAVID NICHOLLS (Plaintiff)

**04/27/2007** Statement-Case Management
Filed by Attorney for Plaintiff

**04/25/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/25/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/25/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION REGARDING DEFTS' MOTION TO STRIKE
PORTIONS OF PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**04/25/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFTS' DEMURRER TO
FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**04/19/2007** Case Management Statement
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant)

**04/19/2007** Statement-Case Management
Filed by Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   05/16/2008   12/21/2007   03/21/2007

**03/21/2007** Case Management Statement
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant)

**03/21/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Motion to Strike
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Demurrer
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Statement-Case Management
Filed by Attorney for Defendant

**03/21/2007** Notice (OF LODGING FEDERAL CASES IN SUPPORT OF DEFT'S MOTION TO STRIKE PORTIONS OF
PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Motion to Strike (PORTIONS OF PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Notice (OF LODGING FEDERAL CASES IN SUPPORT OF DEFT'S DEMURRER TO PLTF'S FIRST
AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Demurrer (TO PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/15/2007** Amended Proof of Service
Filed by DAVID NICHOLLS (Plaintiff)

**03/15/2007** Amended Proof of Service
Filed by DAVID NICHOLLS (Plaintiff)

**03/15/2007** Amended Proof of Service (SERVED CITY OF HERMOSA BEACH )
Filed by Attorney for Plaintiff

**03/15/2007** Amended Proof of Service (SERVED HERMOSA POLICE DEPARTMENT )
Filed by Attorney for Plaintiff

**03/12/2007** Case Management Statement
Filed by DAVID NICHOLLS (Plaintiff)

**03/12/2007** Statement-Case Management
Filed by Attorney for Plaintiff

**02/26/2007** Rtn of Service of Summons & Compl
Filed by DAVID NICHOLLS (Plaintiff)

**02/26/2007** Rtn of Service of Summons & Compl
Filed by DAVID NICHOLLS (Plaintiff)

**02/26/2007** Rtn of Service of Summons & Compl (SERVED - HERMOSA POLICE DEPARTMENT )
Filed by Attorney for Plaintiff

**02/26/2007** Rtn of Service of Summons & Compl (SERVED - CITY OF HERMOSA BEACH )
Filed by Attorney for Plaintiff

**02/06/2007** Rtn of Service of Summons & Compl
Filed by DAVID NICHOLLS (Plaintiff)

**02/06/2007** Rtn of Service of Summons & Compl (SERVED - CITY OF HERMOSA BEACH FAULTY:1.proof of service
does not indicate the persons last name & title or capacity of person papers left w/; p.o.s. shows that complt was served
not the FAC(2/2/07))
Filed by Attorney for Plaintiff

**02/02/2007** OSC-RE Other (Miscellaneous)
Filed by Clerk

**02/02/2007** Summons
Filed by DAVID NICHOLLS (Plaintiff)

**02/02/2007** First Amended Complaint
Filed by DAVID NICHOLLS (Plaintiff)

**02/02/2007** OSC-RE Other (Miscellaneous)
Filed by Clerk

**02/02/2007** Summons Filed (RE: FIRST AMENDED COMPLAINT. )
Filed by Attorney for Plaintiff

**02/02/2007** First Amended Complaint
Filed by Attorney for Plaintiff

**11/08/2006** OSC-RE Other (Miscellaneous)
Filed by Clerk

**11/08/2006** OSC-RE Other (Miscellaneous)
Filed by Clerk

**10/30/2006** Summons
Filed by DAVID NICHOLLS (Plaintiff)

**10/30/2006** Complaint
Filed by DAVID NICHOLLS (Plaintiff)

**10/30/2006** Summons Filed
Filed by Attorney for Plaintiff

**10/30/2006** Complaint Filed

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/16/2008   12/21/2007   03/21/2007

## PROCEEDINGS HELD
Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
05/02/2007

**06/20/2008** at 08:30 AM in Department 1
(Motion Hearing; Motion Denied) -

**06/20/2008** at 08:30 am in Department SW1, Michael P. Vicencia, Presiding
Motion Hearing (1) RECONSIDER AND SET ASSIDE ORDER OF DISMISSAL AS A TERMINATING SANCTIONS AGAINST DEFENDANTS2) RECONSIDER PLFT.S MOTION TO CONT. THE TRIAL DATE & RE-OPEN DISCOVERY) - **Motion Denied**

**05/30/2008** at 00:00 AM in Department Legacy
(Closed-ADR; Not Held-Rmvd ADR-Dismissed prior) -

**05/30/2008** in Department ADRO, ADR Neutral, Presiding
Closed-ADR - **Not Held-Rmvd ADR-Dismissed prior**

**05/13/2008** at 08:30 AM in Department 1
Jury Trial (Jury Trial; Order of Dismissal) -

**05/13/2008** at 08:30 am in Department SW1, Michael P. Vicencia, Presiding
Jury Trial (Defendant's Ex parte applicationfor an order dismissing actionas a sanction) - **Order of Dismissal**

**05/12/2008** at 08:30 AM in Department 1
Final Status Conference - **Held**

**05/12/2008** at 08:30 am in Department SW1, Michael P. Vicencia, Presiding
Final Status Conference (2) DEFENDANTS' EX PARTEAPPLICATION FOR AN ORDERDISMISSING THIS ACTION AS ASANCTION ...3) PLAINTIFF'S EX PARTE MOTIONTO RE OPEN DISCOVERY AND ...) - **Completed**

**05/08/2008** at 08:30 AM in Department Legacy
Final Status Conference (Final Status Conference; Transferred to Other Department) -

**05/08/2008** at 08:30 am in Department SBAD11, William G. Willett, Presiding
Final Status Conference (2) DEFENDANTS' EX PARTEAPPLICATION FOR AN ORDERDISMISSING THIS ACTION ...3) PLAINTIFF'S EX PARTE MOTIONTO RE OPEN DISCOVERY AND CONTINUETRIAL) - **Transferred to Other Department**

**05/05/2008** at 08:30 AM in Department Legacy
Ex-Parte Proceedings (Exparte proceeding; Matter continued) -

**05/05/2008** at 08:30 am in Department SBAD11, William G. Willett, Presiding
Exparte proceeding (DEFENDANTS HERMOSA BEACH POLICEDEPARTMENT AND THE CITY OFHERMOSA BEACH'S EX PARTEAPPLICATION FOR AN ORDERDISMISSING THIS ACTION AS ASANCTIONS FOR THE PLAINTIFF'S ...) - **Matter continued**

**05/01/2008** at 08:30 AM in Department M
Ex-Parte Proceedings - **Held - Motion Granted**

**05/01/2008** at 08:30 am in Department M, Mark S. Arnold, Presiding
Exparte proceeding (to request recusal of judge gray) - **Motion Granted**

**04/28/2008** at 08:29 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**04/28/2008** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH POLICE DEPT.ET AL) MOTION FOR DISMISSAL AS ASANCTION FOR
PLTF'S VIOLATIONS OFTHIS COURT'S DISCOVERY ORDERS, ORIN THE ALTV, ISSUE, EVIDENTIARY,AND/OR
MONETARY SANCTIONS.) - **Motion Granted**

**04/21/2008** at 08:29 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Motion Denied) -

**04/21/2008** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Exparte proceeding (OF PLTF-TO CONTINUE TRIAL ANDREOPEN DISCOVERY.STATUS CONFERENCE) - **Motion
Denied**

**04/14/2008** at 08:30 AM in Department M
Unknown Event Type - **Held**

**04/14/2008** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Miscellaneous - **Completed**

**04/07/2008** at 09:00 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Matter continued) -

**04/07/2008** at 08:30 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Transferred to Other Department) -

**04/07/2008** at 09:00 am in Department M, Ramona G. See, Presiding
Exparte proceeding (PLAINTIFF DAVID NICHOLLS EXPARTE MOTIONS:1) TO CONTINUE TRIAL AND
REOPENDISCOVERY;2) TO CONTINUE HEARING ON MOTIONTO DISMISS) - **Matter continued**

**04/07/2008** at 08:30 am in Department M, William G. Willett, Presiding
Exparte proceeding (PLAINTIFF DAVID NICHOLLS EXPARTE APPLICATIONS:1) TO CONTINUE TRIAL AND
REOPENDISCOVERY;2) TO CONTINUE HEARING ONMOTION TO DISMISS) - **Transferred to Other Department**

**03/26/2008** at 08:30 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Motion Denied) -

**03/26/2008** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Exparte proceeding (EX PARTE MOTION TO CONTINUE TRIALAND REOPEN DISCOVERY) - **Motion Denied**

**03/19/2008** at 08:30 AM in Department M
Unknown Event Type - **Held**

**03/19/2008** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Miscellaneous - **Completed**

**03/11/2008** at 08:29 AM in Department M
(Motion Hearing; Matter continued) -

**03/11/2008** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (CITY OF HERMOSA BEACH, ETAL) MOTION TO COMPEL THEDEPOSITION OF PLTF
DAVID NICHOLS.) - **Matter continued**

**12/20/2007** at 08:29 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**12/20/2007** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH P.D., ET AL)MOTION TO COMPEL FURTHER:1. RESPONSES TO ITS

SPECIALINTERROGS; 2. RESPONSES TO ITSPRODUCTION OF DOCS; RESPONSES TOITS FORM
INTERROGATORIES.) - **Motion Granted**

**11/15/2007** at 08:29 AM in Department M
(Motion Hearing; Matter Placed Off Calendar) -

**11/15/2007** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH P.D., ET AL)1. MTN TO COMPEL RESPONSES TO ITSFORM
INTERROGS TO PLAINTIFF.2. MTN TO COMPEL RESPONSES TO ITSSPECIAL INTERROGS TO PLTF.) - **Matter
Placed Off Calendar**

**11/06/2007** at 08:29 AM in Department M
(Motion Hearing; Matter Placed Off Calendar) -

**11/06/2007** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (THERMOSA BEACH POLICEDEPT., ET AL) MOTION TO COMPELFURTHER RESPONSES
TO ITS REQUESTFOR PRODUCTION OF DOCUMENTS, SETONE.) - **Matter Placed Off Calendar**

**10/25/2007** at 08:30 AM in Department M
Ex-Parte Proceedings - **Held - Motion Granted**

**10/25/2007** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Exparte proceeding (DEFT'S (HERMOSA BEACH POLICE DEPT.ET AL) EX PARTE APPL TO CONTINUETRIAL.) -
**Motion Granted**

**07/11/2007** at 08:30 AM in Department M
Case Management Conference - **Held**

**07/11/2007** at 08:30 am in Department M, William G. Willett, Presiding
Conference-Case Management - **Completed**

**06/26/2007** at 08:29 AM in Department M
(Motion Hearing; Demurrer sustained without leave) -

**06/26/2007** at 08:29 am in Department M, Lois A. Smaltz, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH POLICE DEPT,ET AL) 1. DEMURRER TO SECONDAMENDED
COMPLAINT; 2. MOTION TOSTRIKE PORTIONS OF SECOND AMENDEDCOMPLAINT.) - **Demurrer sustained
without leave**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/02/2007

**05/02/2007** at 08:29 AM in Department M
(Motion Hearing; Demurrer sustained with leave) -

**05/02/2007** at 08:29 am in Department M, Lois A. Smaltz, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH POLICE DEPTAND THE CITY OF HERMOSA BEACH)1. DEMURRER TO
FIRST AMENDEDCOMPLAINT; 2. MOTION TO STRIKEPORTIONS OF FIRST AMENDED COMPLT.) - **Demurrer
sustained with leave**

**04/05/2007** at 08:30 AM in Department M
Case Management Conference (Conference-Case Management; Matter continued) -

**04/02/2007** at 08:30 AM in Department M
(Court's Order to Show Cause; OSC Discharged) -

**03/19/2007** at 08:30 AM in Department M
(OSC-Failure to Prosecute Case; Matter continued) -

**03/19/2007** at 08:30 am in Department M, Lois A. Smaltz, Presiding
OSC-Failure to Prosecute Case (AS TO FIRST AMENDED COMPLAINT.) - **Matter continued**

**02/05/2007** at 08:30 AM in Department M

(OSC-Failure to Prosecute Case; OSC Discharged) -

**02/05/2007** at 08:30 am in Department M, Lois A. Smaltz, Presiding
OSC-Failure to Prosecute Case (RE DISMISSAL) - **OSC Discharged**

**01/08/2007** at 08:30 AM in Department M
(OSC-Failure to Prosecute Case; Matter continued) -

**01/08/2007** at 08:30 am in Department M, Lois A. Smaltz, Presiding
OSC-Failure to Prosecute Case - **Matter continued**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP    05/02/2007

# REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

## Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
05/30/2008    03/19/2008    06/19/2007    10/30/2006

**10/19/2012** Order (ORDER AWARDING COSTS ON APPEAL TO DEFENDANT SIGNED AND FILED. )
Filed by Attorney for Defendant

**10/19/2012** Order
Filed by Defendant

**10/02/2012** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/02/2012** Notice (OF ERRATA )
Filed by Attorney for Defendant

**09/10/2012** Order

**09/10/2012** Order (ORDER AWARDING COSTS ON APPEAL TO DEFENDANTS SIGNED AND FILED. )
Filed by Attorney for Plaintiff

**07/14/2011** Order (AWARDING COSTS ON APPEAL TO DEFT RECEIVED AND SUBMITTED )
Filed by Attorney for Defendant

**07/14/2011** Order
Filed by Defendant

**04/25/2011** Memorandum of Costs
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/25/2011** Memorandum of Costs
Filed by Attorney for Defendant

**01/10/2011** Unknown Document Type
Filed by Court

**01/10/2011** Remittitur filed
Filed by Court

**02/23/2010** Notice
Filed by Clerk

**02/23/2010** Notice (NOTICE TO PARTIES RE FEE FOR CLERK'S TRANSCRIPT ON APPEAL )

Filed by Clerk

**12/15/2009** Notice (NOTICE TO SUPERIOR COURT TO INCLUDE OMITTED DESGINATED MATERIAL IN RECORD
ON APPEAL-DOC. SENT TO CIVIL APPEALS-111 NO.HILL ST., L.A. BY COUNTY MESSENGER ON 12/15/09)
Filed by Plaintiff in Pro Per

**12/15/2009** Notice
Filed by DAVID NICHOLLS (Plaintiff)

**07/20/2009** Notice
Filed by Clerk

**07/20/2009** Notice
Filed by Clerk

**04/07/2009** Notice
Filed by Clerk

**04/07/2009** Notice (NOTICE TO REPORTERS TO PREPARE TRANSCRIPT ON APPEAL )
Filed by Clerk

**03/05/2009** Notice
Filed by DAVID NICHOLLS (Plaintiff)

**03/05/2009** Notice (DESIGNATING RECORD ON APPEAL. CLERKS AND REPORTERS TRANSCRIPT )
Filed by Plaintiff in Pro Per

**11/21/2008** Order
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/21/2008** Order (COSTS IN THE SUM OF $2,057.00 APPROVED BY THE COURT. )
Filed by Attorney for Defendant

**10/27/2008** Miscellaneous-Other (NOTICE TO BOOKKEEPER 10-27-08 DEPOSITED 4-18-08,SBB461346012 )
Filed by Clerk

**10/27/2008** Miscellaneous-Other
Filed by Clerk

**09/24/2008** Proof of Service (SERVED BY MAIL TO DAVID NICHOLLS ON 09-23-08 )
Filed by Attorney for Defendant

**09/24/2008** Proof of Service (not Summons and Complaint)
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/23/2008** Notice (NOTICE TO ATTORNEY IN RE ABANDONME NT OF APPEAL )
Filed by Clerk

**06/23/2008** Notice of Ruling (RE PLFT.S MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL A AND
TO RECONSIDER PFLT.S MTN. TO CONTINUE TRIAL DATE AND REOPEN DISCOVERY. (DENIED))
Filed by Attorney for Defendant

**06/23/2008** Notice
Filed by Clerk

**06/23/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/20/2008** at 08:30 AM in Department 1
(Motion Hearing; Motion Denied) -

**06/20/2008** at 08:30 am in Department SW1, Michael P. Vicencia, Presiding
Motion Hearing (1) RECONSIDER AND SET ASIDE ORDER OF DISMISSAL AS A TERMINATING SANCTIONS
AGAINST DEFENDANTS2) RECONSIDER PLFT.S MOTION TO CONT. THE TRIAL DATE & RE-OPEN DISCOVERY) -

**Motion Denied**

**06/19/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**06/19/2008** Opposition (VOL 2 )
Filed by Plaintiff, & Plaintiff in Pro Per

**06/19/2008** Opposition (VOL. 1 )
Filed by Plaintiff, & Plaintiff in Pro Per

**06/19/2008** Opposition (VOL 3 )
Filed by Plaintiff, & Plaintiff in Pro Per

**06/19/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**06/19/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**06/13/2008** Memorandum of Costs (Cost after voluntary dismissal in the amount of $94,381. Claimed by: Defendants )
Filed by Attorney for Defendant

**06/13/2008** Memorandum of Costs
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/09/2008** Opposition (TO PLFT.S MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL AS A
TERMINATION SANCTION AND TO ISSUE MONETARY SANCTIONS.... )
Filed by Attorney for Defendant

**06/09/2008** Opposition
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/06/2008** Notice of Entry of Judgment (of dismissal )
Filed by Attorney for Defendant

**06/06/2008** Notice of Entry of Judgment
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/30/2008   03/19/2008   06/19/2007   10/30/2006

**05/30/2008** at 00:00 AM in Department Legacy
(Closed-ADR; Not Held-Rmvd ADR-Dismissed prior) -

**05/30/2008** in Department ADRO, ADR Neutral, Presiding
Closed-ADR - **Not Held-Rmvd ADR-Dismissed prior**

**05/30/2008** Judgment (JUDGMENT OF DISMISSAL )
Filed by Attorney for Defendant

**05/30/2008** Judgment
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/16/2008** Notice of Ruling (RE PLFT.S EX PARTE APPLICATION TO CONTINUE TRIAL AND REOPEN DISCOVERY
)
Filed by Attorney for Defendant

**05/16/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/16/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/16/2008** Notice of Ruling (RE HERMOSA BEACH RE HERMOSA BEACH DEFT.S EX PARTE APPL. FOR AN

ORDER DISM. THIS ACTION AS A SANCTION FOR PLFT. VIOLATIONS OF THIS COURT DISCOVERY ORDERS )
Filed by Attorney for Defendant

**05/13/2008** at 08:30 AM in Department 1
Jury Trial (Jury Trial; Order of Dismissal) -

**05/13/2008** at 08:30 am in Department SW1, Michael P. Vicencia, Presiding
Jury Trial (Defendant's Ex parte applicationfor an order dismissing actionas a sanction) - **Order of Dismissal**

**05/13/2008** Request-Judicial Notice
Filed by Attorney for Defendant

**05/13/2008** Request for Judicial Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/12/2008** at 08:30 AM in Department 1
Final Status Conference - **Held**

**05/12/2008** at 08:30 am in Department SW1, Michael P. Vicencia, Presiding
Final Status Conference (2) DEFENDANTS' EX PARTEAPPLICATION FOR AN ORDERDISMISSING THIS ACTION AS
ASANCTION ...3) PLAINTIFF'S EX PARTE MOTIONTO RE OPEN DISCOVERY AND ...) - **Completed**

**05/12/2008** Notice
Filed by Clerk

**05/12/2008** Notice (NOTICE TO ATTORNEY IN RE NOTICE OF APPEAL )
Filed by Clerk

**05/09/2008** Proof of Service (not Summons and Complaint)
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/09/2008** Proof of Service (RE HERMOSA BEACH DEFT.S EX PARTE APPL. FOR AN ORDER DISMISSING THIS
ACTION AS A SANCTION FOR PLAINTIFF VIOLATIONS OF THIS CRT.S DISCOVERY ORDER... )
Filed by Attorney for Defendant

**05/08/2008** at 08:30 AM in Department Legacy
Final Status Conference (Final Status Conference; Transferred to Other Department) -

**05/08/2008** at 08:30 am in Department SBAD11, William G. Willett, Presiding
Final Status Conference (2) DEFENDANTS' EX PARTEAPPLICATION FOR AN ORDERDISMISSING THIS ACTION ...3)
PLAINTIFF'S EX PARTE MOTIONTO RE OPEN DISCOVERY AND CONTINUETRIAL) - **Transferred to Other
Department**

**05/08/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**05/08/2008** Ex-Parte Application (PLAINTIFF DAVID C. NICHOLLS' EX PARTE MOTION TO RE OPEN DISCOVERY
AND CONTINUE TRIAL )
Filed by Plaintiff in Pro Per

**05/07/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**05/07/2008** Opposition (FIRST AMENDED OPPOSITION TO DEFTS EX PARTE MOTION TO DISMISS AND OR TO
COMPEL AND ISSUE SANCTIONS... BY FAX )
Filed by Plaintiff in Pro Per

**05/06/2008** Proof of Service (NOTICE OF STAY OF PROCEEDINGS BY MAIL *FAXED* )
Filed by Plaintiff in Pro Per

**05/06/2008** Notice of Appeal (Notice of Appeal sent to civil appeals 5-08-08--no fees submitted )
Filed by Plaintiff in Pro Per

**05/06/2008** Notice of Appeal
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Proof of Service (not Summons and Complaint)
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Notice of Stay of Proceedings (Bankruptcy)
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Notice of Appeal
Filed by DAVID NICHOLLS (Plaintiff)

**05/06/2008** Amended Proof of Service
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/06/2008** Notice of Change of Hearing/Trial
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/06/2008** Notice of Change of Hearing/Trial (DATE ON HERMOSA BEACH DEFTS' EX PARTE APPLICATION FOR
AN ORDER DISMISSING THIS ACTION AS A SANCTION FOR PLTF'S VIOLATIONS OF THIS COURT'S DISCOVERY
ORDERS,... *OLD DATE:5/5/08 NEW DATE:5/8/08)
Filed by Attorney for Defendant

**05/06/2008** Amended Proof of Service (TO NOTICE OF CHANGE OF HEARING DATE ON HERMOSA BEACH DEFTS'
EX PARTE APPL FOR AN ORDER DISMISSING THIS ACTION AS A SANCTION FOR PLTF'S VIOLATIONS OF THIS
COURT'S DISCOVERY ORDERS,...)
Filed by Attorney for Defendant

**05/06/2008** Notice of Appeal (BY FAX Fwd to Civil Appeals Rm.100 5/7/08)
Filed by Plaintiff in Pro Per

**05/06/2008** Notice of Stay (OF PROCEEDINGS BY FAX )
Filed by Plaintiff in Pro Per

**05/05/2008** at 08:30 AM in Department Legacy
Ex-Parte Proceedings (Exparte proceeding; Matter continued) -

**05/05/2008** at 08:30 am in Department SBAD11, William G. Willett, Presiding
Exparte proceeding (DEFENDANTS HERMOSA BEACH POLICEDEPARTMENT AND THE CITY OFHERMOSA
BEACH'S EX PARTEAPPLICATION FOR AN ORDERDISMISSING THIS ACTION AS ASANCTION FOR THE
PLAINTIFF'S ...) - **Matter continued**

**05/05/2008** Opposition (TO DEFENDANTS' UNTIMELY EX PARTE MOTION TO COMPEL AND DISMISS AND
POSSIBLE SANCTIONS )
Filed by Plaintiff in Pro Per

**05/05/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**05/02/2008** Statement Of The Case (PROPOSED BY FAX )
Filed by Attorney for Defendant

**05/02/2008** Exhibit List (BY FAX )
Filed by Attorney for Defendant

**05/02/2008** Witness List (BY FAX )
Filed by Attorney for Defendant

**05/02/2008** Notice
Filed by Clerk

**05/02/2008** Statement of the Case

Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/02/2008** Exhibit List
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/02/2008** Notice (NOTICE TO ATTORNEY IN RE NOTICE OF APPEAL )
Filed by Clerk

**05/01/2008** at 08:30 AM in Department M
Ex-Parte Proceedings - **Held - Motion Granted**

**05/01/2008** at 08:30 am in Department M, Mark S. Arnold, Presiding
Exparte proceeding (to request recusal of judge gray) - **Motion Granted**

**05/01/2008** Ex-Parte Application (TO REQUEST FOR RECUSAL OF JUDGE DUDLEY GRAY AND/OR TO DISQUALIFY
HIM. )
Filed by Plaintiff in Pro Per

**05/01/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/01/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**05/01/2008** Notice of Ruling (RE HERMOSA BEACH DEFT'S MOTION FOR DISMISSAL AS A SANCTION FOR PLTF'S
VIOLATIONS OF THIS COURT'S DISCOVERY ORDERS, OR IN THE ALTV, ISSUE, EVIDENTIARY, AND/OR
MONETARY SANCTIONS.)
Filed by Attorney for Defendant

**04/28/2008** at 08:29 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**04/28/2008** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH POLICE DEPT.ET AL) MOTION FOR DISMISSAL AS ASANCTION FOR
PLTF'S VIOLATIONS OFTHIS COURT'S DISCOVERY ORDERS, ORIN THE ALTV, ISSUE, EVIDENTIARY,AND/OR
MONETARY SANCTIONS.) - **Motion Granted**

**04/28/2008** Opposition (AND ANSWER TO DEFTS MOTION FOR DISMISSAL AS A SANCTION FOR PLTF OF
DISCOVERY ORDER, OR IN THE ALTV, ISSUE EVIDENTIARY, AND/OR MONETARY SANCTIONS. )
Filed by Plaintiff in Pro Per

**04/28/2008** Opposition
Filed by DAVID NICHOLLS (Plaintiff)

**04/22/2008** Notice of Ruling (RE PTLFS EX PARTE APPLICATION TO CONTINUE TRIAL AND REOPEN DISCOVERY.
)
Filed by Attorney for Defendant

**04/22/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/21/2008** at 08:29 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Motion Denied) -

**04/21/2008** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Exparte proceeding (OF PLTF-TO CONTINUE TRIAL ANDREOPEN DISCOVERY.STATUS CONFERENCE) - **Motion
Denied**

**04/21/2008** Order - Other
Filed by DAVID NICHOLLS (Plaintiff)

**04/21/2008** Opposition (TO PLTF'S EX PARTE APPLICATION TO CONTINUE TRIAL AND REOPEN DISCOVERY. )

Filed by Attorney for Defendant

**04/21/2008** Miscellaneous-Other (request for jury trial )
Filed by Plaintiff

**04/21/2008** Order - Other (re: waiver of additional court fees )
Filed by Plaintiff

**04/21/2008** Opposition
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/21/2008** Miscellaneous-Other
Filed by DAVID NICHOLLS (Plaintiff)

**04/18/2008** Answer to Second Amended Complaint
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/18/2008** Answer to Second Amended Complaint
Filed by Attorney for Defendant

**04/14/2008** at 08:30 AM in Department M
Unknown Event Type - **Held**

**04/14/2008** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Miscellaneous - **Completed**

**04/07/2008** at 09:00 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Matter continued) -

**04/07/2008** at 08:30 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Transferred to Other Department) -

**04/07/2008** at 09:00 am in Department M, Ramona G. See, Presiding
Exparte proceeding (PLAINTIFF DAVID NICHOLLS EXPARTE MOTIONS:1) TO CONTINUE TRIAL AND
REOPENDISCOVERY;2) TO CONTINUE HEARING ON MOTIONTO DISMISS) - **Matter continued**

**04/07/2008** at 08:30 am in Department M, William G. Willett, Presiding
Exparte proceeding (PLAINTIFF DAVID NICHOLLS EXPARTE APPLICATIONS:1) TO CONTINUE TRIAL AND
REOPENDISCOVERY;2) TO CONTINUE HEARING ONMOTION TO DISMISS) - **Transferred to Other Department**

**04/07/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**04/07/2008** Notice (OF LODGING FEDERAL CASES IN SUPPORT OF HERMOSA BEACH DEFTS' MOTION FOR
DISMISSAL AS A SANCTION FOR PLTF'S VIOLATION OF COURT'S DISCOVERY ORDER, OR IN THE ALTV, ISSUE,
EVIDENTIARY....)
Filed by Attorney for Defendant

**04/07/2008** Miscellaneous-Other (STATEMENT OF DISPUTED MATTERS IN SUPPORT OF MOTION FOR DISMISSAL
AS A SANCTION FOR PLTF'S VIOLATION OF THIS COURT'S DISCOVERY ORDER, OR IN THE ALTV, ISSUE,
EVIDENTIARY AND/OR MONETARY SANCTIONS.)
Filed by Attorney for Defendant

**04/07/2008** Motion to Dismiss (AS A SANCTIONS FOR PLAINTIFF'S VILATIONS OF THIS COURT'S DISCOVERY
ORDERS, OR IN THE ALTV, ISSUE, EVIDENTIARY, AND/OR MONETARY SANCTIONS. )
Filed by Attorney for Defendant

**04/07/2008** Notice (OF CHANGE OF HEARING DATE ON HERMOSA BEACH DEFTS' MOTION FOR DISMISSAL AS A
SANCTIONS FOR PLTF'S VIOLATIONS OF THIS COURT'S DISCOVERY ORDERS, OR IN THE ALTV, ISSUE,
EVIDENTIARY, &/OR MONETARY.)
Filed by Attorney for Defendant

**04/07/2008** Ex-Parte Application (PLAINTIFF DAVID NICHOLLS' EX PARTE MOTION TO CONTINUE HEARING ON

MOTION TO DISMISS; DECLARATIONS OF DAVID C. NICHOLLS & JAMES TILLIPMAN; MEMORANDUM OF POINTS
AND AUTHORITIES)
Filed by Plaintiff in Pro Per

**04/07/2008** Ex-Parte Application (PLAINTIFF DAVID NICHOLLS' EX PARTE MOTION TO CONTINUE TRIAL AND
REOPEN DISCOVERY; DECLARATIONS OF DAVID C. NICHOLLS, JAMES TILLIPMAN & MEMORANDUM OF
POINTS AND AUTHORITIES)
Filed by Plaintiff in Pro Per

**04/07/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**04/07/2008** Motion to Dismiss
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/07/2008** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/04/2008** Order-App/Waiver Court Fees & Cost (GRANTED IN WHOLE. )
Filed by Plaintiff in Pro Per

**04/04/2008** Application - Miscellaneous (FOR WAIVER OF COURT FEES AND COSTS )
Filed by Plaintiff in Pro Per

**04/04/2008** Order on Court Fee Waiver (Superior Court)
Filed by DAVID NICHOLLS (Plaintiff)

**04/04/2008** Application
Filed by DAVID NICHOLLS (Plaintiff)

**04/01/2008** Notice of Ruling (RE PLTF'S EX PARTE APPLICATION TO CONTINUE TRIAL AND THE HEARING ON THE
HERMOSA BEACH DEFTS' MOTION FOR DISMISSAL AS A SANCTIONS FOR PLTF'S VIOLATIONS OF THIS
COURT'S DISCOVERY ORDERS.)
Filed by Attorney for Defendant

**04/01/2008** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/26/2008** at 08:30 AM in Department M
Ex-Parte Proceedings (Exparte proceeding; Motion Denied) -

**03/26/2008** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Exparte proceeding (EX PARTE MOTION TO CONTINUE TRIALAND REOPEN DISCOVERY) - **Motion Denied**

**03/26/2008** Substitution of Attorney (FORMER: IN PRO PER NEW: JAMES M. TILLIPMAN )
Filed by Attorney for Plaintiff

**03/26/2008** Substitution of Attorney
Filed by DAVID NICHOLLS (Plaintiff)

**03/26/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**03/26/2008** Ex-Parte Application
Filed by DAVID NICHOLLS (Plaintiff)

**03/26/2008** Ex-Parte Application (TO CONTINUE HEARING ON MOTION TO DISMISS. )

Filed by Attorney for Plaintiff

**03/26/2008** Ex-Parte Application (TO CONTINUE TRIAL AND REOPEN DISCOVERY. )
Filed by Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/30/2008   03/19/2008   06/19/2007   10/30/2006

**03/19/2008** at 08:30 AM in Department M
Unknown Event Type - **Held**

**03/19/2008** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Miscellaneous - **Completed**

**03/11/2008** at 08:29 AM in Department M
(Motion Hearing; Matter continued) -

**03/11/2008** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (CITY OF HERMOSA BEACH, ETAL) MOTION TO COMPEL THEDEPOSITION OF PLTF
DAVID NICHOLS.) - **Matter continued**

**03/04/2008** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING HERMOSA BEACH DEFTS'
MOTION TO COMPEL THE DEPOSITION OF PLTF DAVID NICHOLS. )
Filed by Attorney for Defendant

**03/04/2008** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**01/29/2008** Motion to Compel (THE DEPOSITION OF PLTF DAVID NICHOLS. )
Filed by Attorney for Defendant

**01/29/2008** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/21/2007** Notice of Ruling (RE HERMOSA BEACH DEFENDANT'S MOTIONS TO COMPEL FURTHER RESPONSES
TO FORM INTERROGS, SPECIAL INTERROGS AND REQUEST FOR PRODUCTION OF DOCUMENTS AND PLTF'S
COUNSEL'S MOTION TO BE.....)
Filed by Attorney for Defendant

**12/21/2007** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/20/2007** at 08:29 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**12/20/2007** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH P.D., ET AL)MOTION TO COMPEL FURTHER:1. RESPONSES TO ITS
SPECIALINTERROGS; 2. RESPONSES TOITSPRODUCTION OF DOCS; RESPONSES TOITS FORM
INTERROGATORIES.) - **Motion Granted**

**12/18/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFT'S MOTION TO
COMPEL FURTHER RESPONSES TO ITS SPECIAL INTERROGATORIES, SET ONE. )
Filed by Attorney for Defendant

**12/18/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/18/2007** Miscellaneous-Other (REPLY TO NON-OPPOSTION BY PLTF REGARDING DEFT'S MOTION TO COMPEL
FURTHER RESPONSES TO ITS FORM INTERROGS, SET ONE, TO PLTF. )
Filed by Attorney for Defendant

**12/18/2007** Miscellaneous-Other

Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/18/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFT'S MTOION TO
COMPEL FURTHER RESPONSES TO ITS REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE TO PLTF. )
Filed by Attorney for Defendant

**12/18/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/10/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**12/10/2007** Miscellaneous-Other (NON-OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION TO BE RELIEVED AS
COUNSEL. )
Filed by Attorney for Defendant

**11/21/2007** Declaration
Filed by DAVID NICHOLLS (Plaintiff)

**11/21/2007** Motion to Be Relieved as Counsel
Filed by DAVID NICHOLLS (Plaintiff)

**11/21/2007** Motion to be Relieved as Counsel
Filed by Attorney for Plaintiff

**11/21/2007** Declaration (IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL. )
Filed by Attorney for Plaintiff

**11/15/2007** at 08:29 AM in Department M
(Motion Hearing; Matter Placed Off Calendar) -

**11/15/2007** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH P.D., ET AL)1. MTN TO COMPEL RESPONSES TO ITSFORM
INTERROGS TO PLAINTIFF.2. MTN TO COMPEL RESPONSES TO ITSSPECIAL INTERROGS TO PLTF.) - **Matter
Placed Off Calendar**

**11/08/2007** Motion to Compel (FURTHER RESPONSES TO ITS FORM INTERROGATORIES, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTER IN DISPUTE IN SUPPORT OF MOTION TO
COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S FORM INTERROGATORIES, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/08/2007** Motion to Compel (FURTHER RESPONSES TO ITS SPECIAL INTERROGS, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTER IN DISPUTED IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S SPECIAL INTERROGS. )
Filed by Attorney for Defendant

**11/08/2007** Motion to Compel (FURTHER RESPONSES TO ITS REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE. )
Filed by Attorney for Defendant

**11/08/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTER IN DISPUTE IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S REQUEST OF PRODUCTION OF DOCUMENTS, SET ONE.)
Filed by Attorney for Defendant

**11/06/2007** at 08:29 AM in Department M
(Motion Hearing; Matter Placed Off Calendar) -

**11/06/2007** at 08:29 am in Department M, Dudley W. Gray II, Presiding
Motion Hearing (DEFT'S (THERMOSA BEACH POLICEDEPT., ET AL) MOTION TO COMPELFURTHER RESPONSES TO ITS REQUESTFOR PRODUCTION OF DOCUMENTS, SETONE.) - **Matter Placed Off Calendar**

**11/05/2007** Notice (OF TAKING MOTIONS OFF CALENDAR SCHEDULED FOR 11/6/07 AND 11/15/07 )
Filed by Attorney for Defendant

**11/05/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/02/2007** Notice of Ruling
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**11/02/2007** Notice of Ruling (RE HERMOSA BEACH DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL. )
Filed by Attorney for Defendant

**10/25/2007** at 08:30 AM in Department M
Ex-Parte Proceedings - **Held - Motion Granted**

**10/25/2007** at 08:30 am in Department M, Dudley W. Gray II, Presiding
Exparte proceeding (DEFT'S (HERMOSA BEACH POLICE DEPT.ET AL) EX PARTE APPL TO CONTINUETRIAL.) - **Motion Granted**

**10/25/2007** Stipulation (OF PARTIES TO CONTINUE THE TRIAL DATE. )
Filed by Attorney for Defendant

**10/25/2007** Order - Other (RE: HERMOSA BEACH DEFTS' EX PARTE APP TO CONT TRIAL FILED )
Filed by Attorney for Plaintiff

**10/25/2007** Ex-Parte Application (TO CONTINUE TRIAL. )
Filed by Attorney for Defendant

**10/25/2007** Order - Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/25/2007** Stipulation
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/25/2007** Ex-Parte Application
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTERS IN DISPUTE IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S SPECIAL INTERROGS, SET ONE. )
Filed by Attorney for Defendant

**10/12/2007** Motion to Compel (RESPONSES TO ITS FORM INTERROGS TO PLTF. )

Filed by Attorney for Defendant

**10/12/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/12/2007** Motion to Compel (RESPONSES TO ITS SPECIAL INTERROGS TO PLTFF. )
Filed by Attorney for Defendant

**10/12/2007** Miscellaneous-Other (SEPARAE STATEMENT OF MATTERS IN DISPUTE IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S FORM INTERROGS, SET ONE. )
Filed by Attorney for Defendant

**10/05/2007** Miscellaneous-Other (SEPARATE STATEMENT OF MATTERS IN DISPUTED IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DEFT CITY OF HERMOSA BEACH'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE.)
Filed by Attorney for Defendant

**10/05/2007** Motion to Compel (FURTHER RESPONSES TO ITS REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE, TO PLAINTIFF. )
Filed by Attorney for Defendant

**10/05/2007** Motion to Compel
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**10/05/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**07/11/2007** at 08:30 AM in Department M
Case Management Conference - **Held**

**07/11/2007** at 08:30 am in Department M, William G. Willett, Presiding
Conference-Case Management - **Completed**

**07/11/2007** Notice-Assignment-Mediator
Filed by ADR Clerk

**07/11/2007** Notice-Assignment-Mediator
Filed by Clerk

**07/02/2007** Case Management Statement
Filed by DAVID NICHOLLS (Plaintiff)

**07/02/2007** Statement-Case Management
Filed by Attorney for Plaintiff

**06/26/2007** at 08:29 AM in Department M
(Motion Hearing; Demurrer sustained without leave) -

**06/26/2007** at 08:29 am in Department M, Lois A. Smaltz, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH POLICE DEPT,ET AL) 1. DEMURRER TO SECONDAMENDED COMPLAINT; 2. MOTION TOSTRIKE PORTIONS OF SECOND AMENDEDCOMPLAINT.) - **Demurrer sustained without leave**

**06/26/2007** Case Management Statement

Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/26/2007** Statement-Case Management
Filed by Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/30/2008   03/19/2008   06/19/2007   10/30/2006

**06/19/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/19/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTFF REGARDING DEFENDANT'S DEMURRER
TO PLAINTIFF'S SECOND AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**06/19/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFENDANTS' MOTION TO
STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**06/19/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/05/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**06/05/2007** Notice (OF ATTORNEY NAME CHANGE. (BRIANNE J. QUINN - ATTY FOR DEFTS HAS CHANGED HER
NAME TO BRIANNE J. SKOPINICH DUE TO HER RECENT MARRIAGE) )
Filed by Attorney for Defendant

**05/24/2007** Demurrer
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/24/2007** Motion to Strike
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**05/24/2007** Motion to Strike (PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**05/24/2007** Demurrer
Filed by Attorney for Defendant

**05/14/2007** Second Amended Complaint
Filed by DAVID NICHOLLS (Plaintiff)

**05/14/2007** Second Amended Complaint
Filed by Attorney for Plaintiff

**05/02/2007** at 08:29 AM in Department M
(Motion Hearing; Demurrer sustained with leave) -

**05/02/2007** at 08:29 am in Department M, Lois A. Smaltz, Presiding
Motion Hearing (DEFT'S (HERMOSA BEACH POLICE DEPTAND THE CITY OF HERMOSA BEACH)1. DEMURRER TO
FIRST AMENDEDCOMPLAINT; 2. MOTION TO STRIKEPORTIONS OF FIRST AMENDED COMPLT.) - **Demurrer
sustained with leave**

**04/27/2007** Statement-Case Management
Filed by Attorney for Plaintiff

**04/27/2007** Case Management Statement
Filed by DAVID NICHOLLS (Plaintiff)

**04/25/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/25/2007** Miscellaneous-Other
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**04/25/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION REGARDING DEFTS' MOTION TO STRIKE
PORTIONS OF PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**04/25/2007** Miscellaneous-Other (REPLY TO NON-OPPOSITION BY PLTF REGARDING DEFTS' DEMURRER TO
FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**04/19/2007** Case Management Statement
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant)

**04/19/2007** Statement-Case Management
Filed by Attorney for Defendant

**04/05/2007** at 08:30 AM in Department M
Case Management Conference (Conference-Case Management; Matter continued) -

**04/02/2007** at 08:30 AM in Department M
(Court's Order to Show Cause; OSC Discharged) -

**03/21/2007** Motion to Strike (PORTIONS OF PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Notice (OF LODGING FEDERAL CASES IN SUPPORT OF DEFT'S DEMURRER TO PLTF'S FIRST
AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Demurrer (TO PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Demurrer
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Statement-Case Management
Filed by Attorney for Defendant

**03/21/2007** Notice
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/21/2007** Case Management Statement
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant)

**03/21/2007** Notice (OF LODGING FEDERAL CASES IN SUPPORT OF DEFT'S MOTION TO STRIKE PORTIONS OF
PLTF'S FIRST AMENDED COMPLAINT. )
Filed by Attorney for Defendant

**03/21/2007** Motion to Strike
Filed by HERMOSA BEACH POLICE DEPARTMENT (Defendant); HERMOSA BEACH, CITY OF (Defendant)

**03/19/2007** at 08:30 AM in Department M
(OSC-Failure to Prosecute Case; Matter continued) -

**03/19/2007** at 08:30 am in Department M, Lois A. Smaltz, Presiding
OSC-Failure to Prosecute Case (AS TO FIRST AMENDED COMPLAINT.) - **Matter continued**

**03/15/2007** Amended Proof of Service (SERVED HERMOSA POLICE DEPARTMENT )
Filed by Attorney for Plaintiff

**03/15/2007** Amended Proof of Service (SERVED CITY OF HERMOSA BEACH )
Filed by Attorney for Plaintiff

**03/15/2007** Amended Proof of Service
Filed by DAVID NICHOLLS (Plaintiff)

**03/15/2007** Amended Proof of Service
Filed by DAVID NICHOLLS (Plaintiff)

**03/12/2007** Case Management Statement
Filed by DAVID NICHOLLS (Plaintiff)

**03/12/2007** Statement-Case Management
Filed by Attorney for Plaintiff

**02/26/2007** Rtn of Service of Summons & Compl (SERVED - HERMOSA POLICE DEPARTMENT )
Filed by Attorney for Plaintiff

**02/26/2007** Rtn of Service of Summons & Compl (SERVED - CITY OF HERMOSA BEACH )
Filed by Attorney for Plaintiff

**02/26/2007** Rtn of Service of Summons & Compl
Filed by DAVID NICHOLLS (Plaintiff)

**02/26/2007** Rtn of Service of Summons & Compl
Filed by DAVID NICHOLLS (Plaintiff)

**02/06/2007** Rtn of Service of Summons & Compl
Filed by DAVID NICHOLLS (Plaintiff)

**02/06/2007** Rtn of Service of Summons & Compl (SERVED - CITY OF HERMOSA BEACH FAULTY:1.proof of service
does not indicate the persons last name & title or capacity of person papers left w/; p.o.s. shows that complt was served
not the FAC(2/2/07))
Filed by Attorney for Plaintiff

**02/05/2007** at 08:30 AM in Department M
(OSC-Failure to Prosecute Case; OSC Discharged) -

**02/05/2007** at 08:30 am in Department M, Lois A. Smaltz, Presiding
OSC-Failure to Prosecute Case (RE DISMISSAL) - **OSC Discharged**

**02/02/2007** Summons
Filed by DAVID NICHOLLS (Plaintiff)

**02/02/2007** First Amended Complaint
Filed by DAVID NICHOLLS (Plaintiff)

**02/02/2007** First Amended Complaint
Filed by Attorney for Plaintiff

**02/02/2007** Summons Filed (RE: FIRST AMENDED COMPLAINT. )
Filed by Attorney for Plaintiff

**02/02/2007** OSC-RE Other (Miscellaneous)
Filed by Clerk

**02/02/2007** OSC-RE Other (Miscellaneous)
Filed by Clerk

**01/08/2007** at 08:30 AM in Department M
(OSC-Failure to Prosecute Case; Matter continued) -

**01/08/2007** at 08:30 am in Department M, Lois A. Smaltz, Presiding
OSC-Failure to Prosecute Case - **Matter continued**

**11/08/2006** OSC-RE Other (Miscellaneous)
Filed by Clerk

**11/08/2006** OSC-RE Other (Miscellaneous)
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   05/30/2008   03/19/2008   06/19/2007   10/30/2006

**10/30/2006** Summons
Filed by DAVID NICHOLLS (Plaintiff)

**10/30/2006** Complaint
Filed by DAVID NICHOLLS (Plaintiff)

**10/30/2006** Summons Filed
Filed by Attorney for Plaintiff

**10/30/2006** Complaint Filed

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   05/30/2008   03/19/2008   06/19/2007   10/30/2006

**Exhibit E**

City of Hermosa Beach v. David Nicholls (3$^{rd}$ Dist. – Silver Summit – Case No. 126501480)

3RD DISTRICT CT- SILVER SUMMIT

SUMMIT COUNTY, STATE OF UTAH


CO FRANK HARRELL CITY OF HERMOSA BEACH vs. DAVID NICHOLLS

CASE NUMBER 126501480 Foreign Judgment
_____

CURRENT ASSIGNED JUDGE
        RICHARD MRAZIK

PARTIES
        Plaintiff - CO FRANK HARRELL CITY OF HERMOSA BEACH

        Defendant - DAVID NICHOLLS


ACCOUNT SUMMARY
            Total Revenue Amount Due:        35.00
                         Amount Paid:        35.00
                       Amount Credit:         0.00
                              Balance:         0.00
        REVENUE DETAIL - TYPE: FOREIGN JUDGMENT
                  Original Amount Due:        35.00
                   Amended Amount Due:        35.00
                         Amount Paid:        35.00
                       Amount Credit:         0.00
                              Balance:         0.00


CASE NOTE


PROCEEDINGS
12-20-2012   Judgment Entered - Amount $3921.00                              debbiekf
12-20-2012   Case filed by debbiekf
12-20-2012   Judge TODD M SHAUGHNESSY assigned.
12-20-2012   Filed judgment: Foreign Judgment
12-20-2012   Filed judgment: Foreign Judgment
12-20-2012   Fee Account created Total Due: 35.00
12-20-2012   Fee Account created
12-20-2012   FOREIGN JUDGMENT  35.00
             Note: Code Description: FOREIGN JUDGMENT
12-20-2012   Filed: Affidavit of Scott D. Danforth
12-20-2012   **** PRIVATE **** Filed: Judgment Information Statement
12-20-2012   Filed: Notice of Judgment
12-20-2012   Case disposition is Judgment
             Disposition Judge is TODD M SHAUGHNESSY

CASE NUMBER: 126501480 Foreign Judgment

```
05-22-2015   Judge PAIGE PETERSEN assigned.
06-02-2017   Judge KENT HOLMBERG assigned.
01-06-2020   Judge RICHARD MRAZIK assigned.
```

**Exhibit F**

U.S. Dept. of Agricultural Rural – Development
Centralized Servicing Center: Mortgage
Statement

United States Department of Agriculture
Rural Development
Centralized Servicing Center
P.O. Box 790301
St. Louis, MO 63179
(800) 414-1226 (Voice)
(800) 438-1832 (TDD/TTY Hearing Impaired Only) or
(314) 457-4433 (FAX)

DAVID C. NICHOLLS                                    12/23/19


                            UT



RE:  Loan Number        1868

Dear Sir or Madam,

This letter is in response to your request for information
regarding the above mentioned Rural Development loan.  This is
not a payoff statement.  Instructions on how to receive a payoff
statement are on Page 2 of this letter.

What does this letter mean?
This letter includes a Statement of Loan Balances, instructions
on how to receive a payoff statement, and information about
subsidy recapture and capital improvements.

Please note - a separate letter will be prepared for each loan.

What Does the "Statement of Loan Balances" mean?
The attached Statement of Loan Balances provides the current
outstanding balances of the loan, which includes principal,
interest, fees, late charges, and escrow (if applicable).  The
statement also includes the total amount of payment assistance
(subsidy) granted.  The amount of subsidy can be quite large, but
you should not be alarmed.  In many cases this amount is reduced
when subsidy recapture is calculated.

For questions regarding this letter, please call Customer Service
at 1-800-414-1226 or 1-800-438-1832 (TDD/TTY Hearing Impaired
Only), 7 a.m. to 5 p.m., Monday through Friday, Central Time.
With a touch-tone telephone, the Interactive Voice Response (IVR)
system can provide, automated confidential account information,
7 days per week outside of normal business hours.  Please refer
to the loan number when you write or call us.

You may write to us at:  USDA-RD/CSC,P.O. Box 66889, St. Louis,
MO 63166.

Sincerely,


Payoff/Research Section
Centralized Servicing Center




Web: http://www.rurdev.usda.gov
"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Office of Civil
Rights, Programs, 300 7th Street SW, Room 400 (Stop 9430),
Washington, DC 20250-9410 or call (866) 632-9992 (Voice),
(202) 401-0216 (TDD/TTY Hearing Impaired Only) or
(202) 720-8046 (FAX)

STATEMENT OF LOAN BALANCES

Balances as of 12/23/19
Loan #    1868

$    194536.48 Principal
$       649.57 Interest
$         0.00 Fees
$         0.00 Late Charges
$         0.00 Escrow Due
$     54255.82 Subsidy

This is not a payoff statement.  In order to provide a payoff
statement we must calculate the amount of subsidy to be paid back
to the Government (subsidy recapture).  Subsidy recapture is a
calculation based on the current value of the property.  If there
have been major improvements (capital improvements) made to the
property, they may be considered in the recapture calculation.
For information about subsidy recapure, including capital
improvements, see Page 3 of this letter.  For information on how
to receive a payoff statement see HOW TO RECEIVE A PAYOFF
STATEMENT below.

HOW TO RECEIVE A PAYOFF STATEMENT
In order to calculate subsidy recapture and provide a payoff
statement certain documents are necessary.  The type of
transaction (refinancing, selling, or just paying off) will
determine the documents needed.  Provide the documents as
indicated below.

Refinancing
  * customer authorization to release payoff to a third party (if
    applicable)
  * the date of payoff
  * a copy of an appraisal from a certified appraiser (usually
    available from the lender)
  * a copy of the Good Faith Estimate or estimated settlement
    statement from the lender

Selling
  * customer authorization to release payoff to a third party (if
    applicable)
  * the date of payoff
  * a copy of the signed sales agreement or a copy of an
    appraisal from a certified appraiser
  * a copy of the estimated settlement statement from the
    closing agent

Paying off the loan and not refinancing or selling
  * customer authorization to release payoff to a third party (if
    applicable)
  * a copy of an appraisal from a certified appraiser.  Refer to
    the local yellow pages or the internet for certified
    appraisers in your area.

You can fax or mail payoff documents to us.  Our fax number is
314-457-4433.  Our address is:

USDA-RD/CSC
P.O. Box 790301
St. Louis, MO 63179

Please allow 5 business days to receive a payoff statement.  See
Page 3 for additional payoff information.

PAYOFF INFORMATION

What is subsidy recapture?
Subsidy granted by Rural Development to customers on loans
approved after October 1, 1979 is subject to subsidy recapture.
This means that when the property is sold, transferred, or is no
longer occupied by the customer, all or part of the subsidy
granted must be repaid to the Government.   The amount of subsidy
recapture will be determined by the increase in property value
since the loan originated.   Subsidy recapture must be calculated
when the loan is paid off.

When does subsidy recapture have to be paid?
Subsidy recapture must be paid when the property is sold,
transferred, or is no longer occupied by the customer.

If the property is being sold, the subsidy recapture must be paid
when the loan is paid in full.

If the loan is being paid off but the customer continues to live
in the property there are 2 options:

1)   Pay subsidy recapture when the loan is paid off.  The
     subsidy recapture will be discounted by 25% if this option
     is chosen.
2)   Defer payment of subsidy recapture until the property is
     sold, transferred, or is no longer occupied by the
     customer.  The subsidy recapture will not be discounted
     when the loan is paid off, nor will the discount apply in
     the future if this option is chosen.

Are capital improvements considered in the subsidy recapture
calculation?
If certain improvements, referred to as capital improvements, are
made to the property, the value the improvements added may be
used to reduce subsidy recapture owed.   To receive credit for
capital improvements, the appraiser should submit an addendum to
the appraisal.   Instruct the appraiser that an itemized list of
the improvements or additions, and the value the improvements
or additions added to the property should be submitted along
with the appraisal.   The cost of the improvements or additions
should not be submitted and will not be used.   Replacement items
such as kitchen cabinets, floor coverings, roofing, siding,
furnances, applicances, and water heaters are not considered
capital improvements.   Maintenance items or repairs that maintain
the property in good condition, such as yard maintenance,
painting, and wallpapering are also not considered capital
improvements in our calculation of subsidy recapture.   Examples
of capital improvements include, but are not limited to, room
additions, adding a fence, deck, or enclosed porch.

Can I get an estimate of the payoff if I don't have an appraisal
or sales agreement?
With a touch-tone telephone, call 1-800-414-1226, and our
Interactive Voice Response (IVR) system can provide an estimated
payoff amount based on the information you enter.   The IVR is
easy to use and will provide instructions when you call.   To
calculate the estimated payoff amount you will need to enter the
estimated value of the property and any closing costs that may be
incurred as a result of selling or refinancing the loan.   This
information is necessary to estimate the subsidy recapture to be
paid.

**Exhibit G**

Zions Bank November HELOC Statement

# ZIONS BANK.

**Your** *Home Equity Credit Line Account*    PAGE 1

Loan Number:    ************5340

DAVID CHARLES NICHOLLS

*For 24 hour account information call Reddi-Response at the telephone number for your area listed on the reverse side of this statement.*

## CREDIT AND PAYMENT INFORMATION

|  | STATEMENT DATE | CREDIT LIMIT | AVAILABLE CREDIT | PAYMENT DUE DATE |
|---|---|---|---|---|
| YOUR ACCOUNT | 11/15/2019 | 20,000.00 | 0.00 | 12/10/2019 |
|  | CURRENT PAYMENT DUE * | PAST DUE | LATE CHARGE DUE | MINIMUM AMOUNT DUE |
| STATUS | 88.02 | 0.00 | 0.00 | 88.02 |

* Interest only unless your loan requires an additional monthly principal payment

## INTEREST CHARGE INFORMATION

| YOUR ACCOUNT | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | BALANCE SUBJECT TO INTEREST CHARGE | DAYS IN STATEMENT CYCLE | PERIODIC INTEREST CHARGE |
|---|---|---|---|---|---|
| ****5340 | 6.5900 | 0.0180 | 16,251.44 | 30 | 88.02 |
| INTEREST PAID YEAR TO DATE | | 1,045.15 | INTEREST PAID LAST YEAR | | 873.95 |

## ACTIVITY SUMMARY

| YOUR ACCOUNT | PREVIOUS PRINCIPAL BALANCE | PRINCIPAL ADVANCES/CHARGES | PRINCIPAL PAYMENTS/ ADJUSTMENTS | NEW PRINCIPAL BALANCE* | CURRENT PAYMENT DUE |
|---|---|---|---|---|---|
| ****5340 | 16,251.44 | 0.00 | 0.00 | 16,251.44 | 88.02 |
| TOTAL | 16,251.44 | 0.00 | 0.00 | 16,251.44 | 88.02 |

*THIS IS NOT A PAYOFF AMOUNT

*PLEASE NOTE: If your original loan or other debt obligation has been discharged through a bankruptcy proceeding, or is currently subject to an automatic stay in a pending bankruptcy, then this statement is sent only in order to comply with state and federal law, is for notice and informational purposes only and is not a demand for payment. If your loan or debt obligation has been discharged in bankruptcy, you are no longer personally liable for any outstanding balances, however, the bank may still have an enforceable lien against your property.*

Please remit below portion with your payment.

# ZIONS BANK.

CIF DEPARTMENT
P.O. BOX 30709
SALT LAKE CITY, UT 84130

*Home Equity Credit Line Payment Coupon*

Your Account Number    ************5340

Your Payment Due Date Is:    12/10/2019

Total Minimum Payment Due:    88.02

RL504B    0026927   01 AB 0.409 **AUTO  T3 0 3699 89115-354029    -C01-P26953-U

DAVID CHARLES NICHOLLS



**YOU HAVE ELECTED FOR AUTOMATIC PAYMENTS DEFINED AS DUE AMOUNT WHICH WILL APPLY A PAYMENT OF $88.02.**

5340

# Exhibit H

2019 Summit County Property Tax Assessment

## Account  0475218

| Location | Owner | Value |
|---|---|---|

**Account Number** 0475218

**Name** NICHOLLS DAVID C
PO BOX 680016
PARK CITY, UT 84068-0016

**Market** (2019)                    $228,500
**Taxable**                            $125,675

**Acres** 0

**Situs** 2064 SNOW CREEK LN ,

**Tax District** 60 - PARK CITY A,J,K,U (D-D) (A-2)

**Parcel Number** SCCC-2064

**Legal** UNIT 2064 SNOW CREEK COTTAGES CONDOMINIUMS; ACCORDING TO THE OFFICIAL PLAT ON FILE IN THE SUMMIT COUNTY RECORDERS OFFICE. CONT 1,530 SQ FT TOGETHER WITH AN UND 7.69% INT IN THE COMMON AREA. 2038-1327

**Tax Area:** 60   **Tax Rate:** 0.008316

| Type | Actual | Assessed | SQFT | Units |
|---|---|---|---|---|
| Improvement | $178,500 | $98,175 | 1530.000 | |
| Land | $50,000 | $27,500 | | 1.000 |

### Transfers

| Entry Number | Form Name | Recording Date |
|---|---|---|
| 00902202 | Warranty Deed 32 | 07/01/2010 12:05:20 PM |
| 00896386 | | 04/20/2010 08:30:51 AM |

### Tax

Images

| Tax Year | Taxes |
|---|---|
| 2019 | $1,045.11 |
| 2018 | $1,034.56 |

# Exhibit H

## 2019 Summit County Property Tax Assessment

# Account     218

## Location

**Account Number**    218

**Acres** 0

**Situs** 2064 SNOW CREEK LN ,

**Tax District** 60 - PARK CITY A,J,K,U (D-D) (A-2)

**Parcel Number** SCCC-2064

**Legal** UNIT 2064 SNOW CREEK COTTAGES CONDOMINIUMS; ACCORDING TO THE OFFICIAL PLAT ON FILE IN THE SUMMIT COUNTY RECORDERS OFFICE. CONT 1,530 SQ FT TOGETHER WITH AN UND 7.69% INT IN THE COMMON AREA. 2038-1327

## Owner

**Name** NICHOLLS DAVID C
PO BOX 680016
PARK CITY, UT 84068-0016

## Value

**Market** (2019)        $228,500

**Taxable**        $125,675

**Tax Area:** 60    **Tax Rate:** 0.008316

| Type | Actual | Assessed | SQFT | Units |
|------|--------|----------|------|-------|
| Improvement | $178,500 | $98,175 | 1530.000 | |
| Land | $50,000 | $27,500 | | 1.000 |

## Transfers

| Entry Number | Form Name | Recording Date |
|--------------|-----------|----------------|
| 00902202 | Warranty Deed 32 | 07/01/2010 12:05:20 PM |
| 00896386 | | 04/20/2010 08:30:51 AM |

## Tax

Images

| Tax Year | Taxes | |
|----------|-------|---|
| | 2019 | $1,045.11 |
| | 2018 | $1,034.56 |

# Exhibit I
## Debtor(s)'s Liens/Exemption Calculation*

| | |
|---|---|
| Exemption | $42,000.00 |
| Original Judgment – A. Edward Ezor | $9,778.11 |
| Original Judgment – City of Hermosa Beach | $2,057.00 |
| Original Judgement – David Doyle dba Quarrystone Financial Services | $19,495.14 |
| Mortgage lien - USDA | $194,536.48 |
| Mortgage Subsidy - USDA | $54,255.82 |
| HELOC – Zion's Bank | $16,251.44 |
| Total Liens and exemption | $338,373.99 |
| Debtor's Interest (Value) | $228,500.00 |
| less liens | $338,373.99 |
| Value of Debtor's Interest | $(109,873.99) |

(This amount exceeds the entire amount of the judgment lien)

\*       The method of this calculation is taken from *Zeigler v. Cozad,* Bankr. 208 B.R. 495 (10th Cir. BAP 1997) and 11 U.S.C. §522(f)(2)(A)