DAREN J. HARRIS (#14978)
Summit Bankruptcy, PLLC
3115 E. Lion Lane, Suite 160
Salt Lake City, UT 84121
Telephone: (801) 405-7827
Facsimile: (801) 212-9888
Email: dharris@summitbankruptcy.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re<br><br>DAVID CHARLES NICHOLLS<br><br>Debtor, | Bankruptcy No.: 19-29131<br><br>Chapter 7<br><br>HONORABLE KEVIN R. ANDERSON |
|---|---|

**MOTION FOR ENTRY OF ORDER REGARDING DEBTOR'S MOTION TO AVOID JUDGMENT LIENS IMPAIRING HOMESTEAD EXEMPTION**

Daren J. Harris, counsel for the Debtors, declares under penalty of perjury that:

1. A hearing on Debtors' Motion to Avoid Judicial Lien Impairing Homestead Exemption was scheduled to be heard before the Honorable Judge Kevin R. Anderson on March 6, 2020, at 2:00 p.m. at the United States Bankruptcy Court located at 350 South Main Street, Salt Lake City, Utah, Courtroom #341.

2. Proper notice of the hearing was mailed to all relevant parties in interest.

3. As part of the Notice of Hearing, the Claimants were further notified that "If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion to Avoid Judgment Lien and may enter an order granting that relief.

1

In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing."

4. No objection or other response to the relief sought by Debtor was filed including by the creditors affected, and Debtor's counsel requests the hearing be cancelled.

5. Debtor's counsel has submitted to the Court a proposed Order and hereby requests that the Court execute said proposed order.

Dated this February 15, 2020.

/s/ Daren J. Harris
Attorney for Debtor